**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Florida**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Carlos** <br> First name <br> **Augusto** <br> Middle name <br> **Acosta** <br> Last name <br><br> Suffix (Sr., Jr., II, III) | _____ <br> First name <br> _____ <br> Middle name <br> _____ <br> Last name <br><br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name <br> Middle name <br> Last name <br><br> First name <br> Middle name <br> Last name <br><br> Business name (if applicable) <br><br> Business name (if applicable) | First name <br> Middle name <br> Last name <br><br> First name <br> Middle name <br> Last name <br><br> Business name (if applicable) <br><br> Business name (if applicable) |

Debtor 1  **Carlos**    **Augusto**    **Acosta**          Case number *(if known)*
    First Name    Middle Name    Last Name

3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

   xxx – xx – **9 4 9 2**
   OR
   **9** xx – xx – ___ ___ ___ ___

   xxx – xx – ___ ___ ___ ___
   OR
   **9** xx – xx – ___ ___ ___ ___

   **About Debtor 1:**                              **About Debtor 2 (Spouse Only in a Joint Case):**

4. **Your Employer Identification Number (EIN), if any.**

   _____  EIN
   _____  EIN

   _____  EIN
   _____  EIN

5. **Where you live**

   **12911 Oleander Road**
   Number     Street

   **Miami**              **FL**     **33181**
   City                   State      ZIP Code

   **DADE**
   County

   **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

   _____
   Number     Street

   _____
   P.O. Box

   _____
   City       State    ZIP Code

   **If Debtor 2 lives at a different address:**

   _____
   Number     Street

   _____
   City       State    ZIP Code

   _____
   County

   **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

   _____
   Number     Street

   _____
   P.O. Box

   _____
   City       State    ZIP Code

6. **Why you are choosing *this district* to file for bankruptcy**

   *Check one:*
   - [x] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.
   - [ ] I have another reason. Explain. (See 28 U.S.C. § 1408.)

   *Check one:*
   - [ ] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.
   - [ ] I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1  **Carlos**        **Augusto**        **Acosta**                    Case number *(if known)* _____
   First Name  Middle Name  Last Name

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for Bankruptcy within the last 8 years?**

☒ No
☐ Yes.

| | District | When (MM/DD/YYYY) | Case number |
|---|---|---|---|
| | District | When (MM/DD/YYYY) | Case number |
| | District | When (MM/DD/YYYY) | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When (MM/DD/YYYY) | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When (MM/DD/YYYY) | Case number, if known | |

Debtor 1  **Carlos**　　**Augusto**　　**Acosta**　　　　　　　　　Case number *(if known)* _____
　　　　　First Name　　Middle Name　　Last Name

**11. Do you rent your residence?**
- ☑ No　Go to line 12.
- ☐ Yes　Has your landlord obtained an eviction judgment against you?
  - ☑ No　Go to line 12.
  - ☐ Yes　Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- ☑ No.　Go to Part 4.
- ☐ Yes.　Name and location of business

_____
Name of business, if any

_____
Number　　Street

_____
City　　　　　　　　　　State　　　Zip Code

*Check the appropriate box to describe your business:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- ☐ No.　I am not filing under Chapter 11.
- ☐ No.　I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- ☐ Yes.　I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
- ☑ Yes.　I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1   **Carlos**          **Augusto**          **Acosta**
           First Name           Middle Name          Last Name

Case number *(if known)* _____

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☒ No
☐ Yes.    What is the hazard?   _____
                                 _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?   _____
                                                      _____

Where is the property?   _____
                         Number        Street

                         _____
                         City                    State    Zip Code

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**About Debtor 1:**        **About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

- ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
- ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
- ☐ **Active duty.** I am currently on active military duty in a military combat zone.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

- ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
- ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
- ☐ **Active duty.** I am currently on active military duty in a military combat zone.

| Debtor 1 | Carlos | Augusto | Acosta | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |
|---|---|---|---|

## Part 6: Answer These Questions for Reporting Purposes

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

**17.** Are you filing under Chapter 7?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☒ No.  I am not filing under Chapter 7. Go to line 18.
☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
　　☒ No
　　☐ Yes

**18.** How many creditors do you estimate that you owe?

☒ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**19.** How much do you estimate your assets to be worth?

☐ $0-$50,000              ☒ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0-$50,000              ☒ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor 1  **Carlos**      **Augusto**       **Acosta**
          First Name      Middle Name       Last Name

Case number *(if known)* _____

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ **/s/ Carlos Augusto Acosta**
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on  **3/27/2025**
             MM/DD/YYYY

Executed on  _____
             MM/DD/YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ **/s/ Jacqueline Calderin**
Signature of Attorney for Debtor

Date _____
     MM/DD/YYYY

**Jacqueline Calderin**
Printed name

**Agentis PLLC**
Firm name

**45 Almeria Avenue**
Number        Street

**Coral Gables**       **FL**       **33134**
City                   State        Zip Code

Contact phone **(305) 722-2002**    Email address **jc@agentislaw.com**

**134414**             **Florida**
Bar number             State

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 8 of 8

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Carlos** First Name    **Augusto** Middle Name    **Acosta** Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **Southern District of Florida** |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders**

| | | Unsecured Claim |
|---|---|---|
| **1** **APPLE CARD/GS BANK USA** Creditor's Name  **LOCKBOX 6112** **PO BOX 7247** Number    Street  **19170** City    State    Zip Code  Contact  Contact phone | What is the nature of this claim? **Other:** As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed ☒ None of the above apply  Does the creditor have a lien on your property? ☒ No ☐ Yes. Total claim (secured and unsecured):    $ Value of security:    − $ Unsecured claim    $ | $ **11,275.00** |

Debtor 1  **Carlos** **Augusto** **Acosta**    Case number *(if known)* _____
         First Name   Middle Name   Last Name

### 2 CapitalOne
Creditor's Name

**PO BOX 31293**
Number      Street

**Salt Lake City**   **UT**   **84131**
City                 State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** Other: _____   $ **9,204.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:                    − $ _____
       Unsecured claim                         $ _____

### 3 American Express
Creditor's Name

**PO BOX 6031**
Number      Street

**Carol Stream**   **IL**   **60197-6031**
City               State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** Other: _____   $ **6,530.07**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:                    − $ _____
       Unsecured claim                         $ _____

### Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✗ **/s/ Carlos Augusto Acosta**                    ✗ _____
Signature of Debtor 1                                Signature of Debtor 2

Date  **«Form101.BankruptcyDebtor.PrimaryExecuted»**    Date _____
      MM/DD/YYYY                                           MM/DD/YYYY

# United States Bankruptcy Court

## Southern District of Florida

In re  **Carlos Augusto Acosta**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **3/27/2025**

**/s/ Carlos Augusto Acosta**  
**Carlos Augusto Acosta**  
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**American Express**
PO BOX 6031
Carol Stream, IL 60197-6031


**APPLE CARD/GS BANK USA**
**LOCKBOX 6112**
**PO BOX 7247**
**19170**


**BB&T**
**PO BOX 2027**
**GREENVILLE, SC 29602**


**CapitalOne**
PO BOX 31293
Salt Lake City, UT 84131


**Chase JPMCB Card Services**
PO Box 15369
Wilmington, DE 19850


**COMENITY BANK/EXPRESS**
PO Box 182789
COLUMBUS, OH 43218


**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346


**M&T BANK**
**1 Fountain Plaza**
**Buffalo, NY 14203**

Copyright © Financial Software Solutions, LLC

**Maryland Department of Revenue**
**Annapolis Compliance**
**60 West Street**
**Suite 102**
**Annapolis, MD 21401**


**Miami Dade County Tax Collector**
**Bankruptcy Paralegal Unit**
**200 N.W. Second Avenue, Suite 430**
**Miami, FL 33130-0000**


**N&S Property Services, LLC**
**Attn: William J. Bonilla**
**260 Peachtree St. NW, Suite 2232**
**Atlanta, GA 30303**


**Navient**
**PO Box 9655**
**Wilkes Barre, PA 18773**


**NJ Division of Taxation**
**PO Box 046**
**Trenton, NJ 08646-0046**


**PA Department of Revenue**
**PO BOX 280418**
**Harrisburg, PA 17128-0418**


**Repaintex NS Property LLC**
**Attn: William J. Bonilla**
**5252 NW 85th Ave., Unit 911**
**Miami, FL 33166**

**Creditor Matrix**                                                                                       page 3 of 4

Copyright © Financial Software Solutions, LLC

**Travelers Casualty and Surety Company of America**
**c/o Kelly Engel**
**Claim Executive**
**Bond & Specialty Insurance Claim**
**P.O. Box 2989**
**Hartford, CT 06104-2989**


**Truist Bank**
**PO BOX 1847**
**Wilson, NC 27894**


**US AID**
**U.S. General Services Administration**
**1800 F Street, NW**
**Washington, DC 20405-0001**


**Virginia Tax**
**1957 Westmoreland Street**
**Richmond, VA 23230**


**VW CREDIT INC**
**1401 Franklin Boulevard**
**Libertyville, IL 60048**