UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

CARLOS AUGUSTO ACOSTA,    Case No.: 25-13288-LMI

    Debtor.    /    Chapter 11
        Subchapter V

## SWORN CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the above-captioned debtor-in-possession,. ("Mr. Acosta" or the "Debtor"), by and through undersigned proposed counsel,[1] files this *Verified Chapter 11 Case Management Summary* and states:

**The following data represents approximations for background information only and the information may represent the Debtor's best estimate as of the date herein.**

1. **Related debtors**:  None.

2. **Description of Debtor's business**: The Debtor is a general government contractor who owns an entity called Repaintex Company ("Repaintex"), specializing in commercial development for the federal government.  Prior to the petition date, the majority of Repaintex's work arose under contracts for development and renovations of USAID facilities.

3. **Locations of debtor's operations and whether the business premises are leased or owned:** The Debtor is an individual who resides at 12911 Oleander Drive, North Miami, FL 33181.

4. **Reasons for filing Chapter 11:** During the COVID pandemic, Repaintex was a party to several contracts with USAID.  Repaintex experienced a decrease in cash flow due to

---

[1] Contemporaneously herewith , the Debtor filed is filing an application to retain Agentis Debtor's general bankruptcy counsel.

**Agentis**
Legal Advocates & Advisors

Covid-19 and significant increased cost of materials.  Mr. Acosta caused Repaintex to continue servicing the USAID contracts and advancing costs, with the assurance of federal government that they would take care of the price increases.  Unfortunately, the federal government never came through with its assurances and Repaintex ended up exhausting all of its operational cash reserves.  One of the projects was secured by a payment and performance bond (the "Bond").  Although Mr. Acosta offered to complete the work and absorb the losses as long as he was paid on a timely basis for change orders (which still remain unpaid) and the cost of materials, the government instead elected to put a claim on the Bond. Mr. Acosta believes that with the reasonable accommodations Repaintex requested, Repaintex could have and would have completed the contract on time.  Instead, USAID hired another contract.  Mr. Acosta is a personal guarantor of certain business obligations, including the Bond.  Accordingly, Mr. Acosta requires the automatic stay in order to deal with the business obligations for which he is a guarantor in a Chapter 11 plan.

5. **Debtor's fiscal or calendar year to date gross income and Debtor's gross income for the calendar or fiscal year prior to the filing of the petition:**

January 1, 2023 to year ending December 31, 2023:  **$63,412.00**[2]

January 1, 2022 to year ending December 31, 2022: **$621,447.00**[3]

6. **Amounts owed to various creditors:**

   a. Obligations owed to priority creditors, including priority tax obligations: approximately **none**

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims: **none**

   c. Amount of undisputed general unsecured claims: approximately **$30,000.00.**

---

[2] Based upon 2023 Tax Return.
[3] Based upon 2022 Tax Return.  .



7. **General description and approximate value of the Debtor's assets:** The Debtor's assets include his exempt homestead residence, 50% interest (with his non-filing spouse) a car ($7,500), exempt household goods and furnishings owned jointly with non-filing spouse, and an exempt life insurance policy.

8. **Anticipated emergency or expedited relief to be requested within 14 days of the petition date:** None

---

**SWORN CERTIFICATION**

I hereby certify that the foregoing is true and correct to the best of my knowledge as of the date herein.

State of Florida
County of Miami-Dade

By: _____
Carlos Augusto Acosta

Sworn to and subscribed before me by means of physical presence on this 26th day of March 2025 by Carlos Augusto Acosta who produced a Florida Driver's License as identification.

_____
Signature of Notary Public

Notary Stamp:
ESBELIA SAAVEDRA
Notary Public - State of Florida
Commission # HH 429727
My Comm. Expires Aug 23, 2027
Bonded through National Notary Assn.

---



I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on this 27th day of March 2025.

        AGENTIS PLLC
        ***Proposed Counsel for Debtor-in-Possesion***
        45 Almeria Acnue
        Coral Gables, Florida 33134
        T. 305.722.2002
        www.agentislaw.com

        By:   */s/ Jacqueline Calderin*
              Jacqueline Calderin
              Florida Bar No: 134414
              jc@agentislaw.com

4

