**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

                                                        Case No.: 25-13288-LMI

CARLOS ACOSTA,

                                                        Chapter 11
      Debtor.                  /         Subchapter V

## DISCLOSURE OF COMPENSATION FOR ATTORNEY FOR DEBTOR

    1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor-in-possession and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| **Pre-Petition Fees Paid:** | $3,819.00 |
| **Pre-Petition Costs Paid (includes filing fee of $1,738.00)** | $1,738.00 |
| **Subchapter V Retainer (unused balance of prepetition retainer):** | $3,398.55 |

    2. The source of the compensation paid to me was the Debtor and his non-filing spouse. I have not agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.

    3. Subject to Court approval, the Debtor's non-filing spouse has agreed to deposit the sum of $2,000 per month ($1,000 for Agentis and $1,000 for the Subchapter V Trustee, respectively)[1] to be held in escrow until such time as the Court authorizes payment to Agentis (or the Subchapter V Trustee).

    4. In return for the above-disclosed fee (and additional sums that may be awarded by the Court), I have agreed to render legal service for all aspects of the bankruptcy case, including: (a) to advise the Debtor with respect to his powers and duties as debtor-in-possession and the continued management of his affairs; (b) to advise the Debtor with respect to his responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the Court; (c) to prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case; and (d) to protect the interests of the Debtor and his estate in all matters pending before the Court.

    5. By agreement with the Debtor, the above-disclosed fee does not include the following services: (a) representation in any other forum absent approval of the Bankruptcy Court; or (b) representation of the Debtor in the event that this case converts to a case under Chapter 7.

    ***I CERTIFY*** that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy proceeding.

    Respectfully submitted on April 2, 2025 by:   */s/ Jacqueline Calderin*
                                                                         Jacqueline Calderín, Attorney at Law
                                                                         Florida Bar No: 134414
                                                                        jc@agentislaw.com

---

[1] The contribution from the non-filing spouse is intended to be a gift with no expectation of repayment.



**45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**