**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

CARLOS AUGUSTO ACOSTA,

Debtor. /

Case No.: 25-13288-LMI

Chapter 11
Subchapter V

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the following:

1. ***Order Scheduling Chapter 11 Subchapter V Planning Conference*** [ECF# 7] Served via CM/ECF on March 28, 2025;
2. ***Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for Elections Under 11 U.S.C. §1111(b)*** [ECF# 10] Served via CM/ECF on March 28, 2025;
3. ***Debtor's Expedited Motion for Entry of Order Authorizing the Bankruptcy Filing of Debtor's Affiliate Repaintex Company*** [ECF# 21] Served via CM/ECF on April 2, 2025;
4. ***Order Shortening Notice Period for Debtor's Expedited Motion for Entry of Order Authorizing the Bankruptcy Filing of Debtor's Affiliate Repaintex Company*** [ECF# 23] Served via CM/ECF on April 3, 2025;

were served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on the dates listed above and via U.S. Mail to the parties on the attached service list on April 3, 2025.

AGENTIS PLLC
***Proposed Counsel for Debtors In Possesion***
45 Almeria Avenue
Coral Gables, FL 33134
T. 305.722.2002

By: */s/ Paula A. Martinez*
Paula A. Martinez
Florida Bar No: 1017901
pam@agentislaw.com

**25-13288-LMI Notice will be electronically mailed to:**

Jacqueline Calderin, Esq. on behalf of Debtor Carlos Augusto Acosta
jc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Tarek Kirk Kiem
trustee@kiemlaw.com, efilekiem@yahoo.com,ctk11@trustesolutions.net

Paula A. Martinez on behalf of Debtor Carlos Augusto Acosta
pam@agentislaw.com, bankruptcy@agentislaw.com,nsocorro@agentislaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Label Matrix for local noticing
113C-1
Case 25-13288-LMI
Southern District of Florida
Miami
Wed Apr 2 23:13:58 EDT 2025

APPLE CARD/GS BANK USA
LOCKBOX 6112
PO BOX 19170-0001

American Express
PO BOX 6031
Carol Stream, IL 60197-6031

BB&T
PO BOX 2027
GREENVILLE, SC 29602-2027

COMENITY BANK/EXPRESS
PO Box 182789
COLUMBUS, OH 43218-2789

CapitalOne
PO BOX 31293
Salt Lake City, UT 84131-0293

Chase JPMCB Card Services
PO Box 15369
Wilmington, DE 19850-5369

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Leesburg Innovation
722 E Market Street, Suite 102
Leesburg, VA 20176-4475

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Maryland Department of Revenue
Annapolis Compliance
60 West Street
Suite 102
Annapolis, MD 21401-2479

(p)MIAMI DADE COUNTY TAX COLLECTOR
ATTN WENDY MONTOYA
200 NW 2ND AVENUE
MIAMI FL 33128-1733

N&S Property Services, LLC
Attn: William J. Bonilla
260 Peachtree St. NW, Suite 2232
Atlanta, GA 30303-1202

NJ Division of Taxation
PO Box 046
Trenton, NJ 08601-0046

Navient
PO Box 9655
Wilkes Barre, PA 18773-9655

Office of the US Trustee
5[illegible] SW 1[illegible] Av[illegible]
S[illegible]it[illegible] [illegible]204
Mi[illegible], FL [illegible]-1614
CM/ECF

PA Department of Revenue
PO BOX 280418
Harrisburg, PA 17128-0418

Repaintex NS Property LLC
Attn: William J. Bonilla
5252 NW 85th Ave., Unit 911
Miami, FL 33166-5331

Travelers Casualty and Surety Company of Ame
c/o Kelly Engel
Claim Executive
Bond & Specialty Insurance Claim
P.O. Box 2989
Hartford, CT 06104-2989

Truist Bank
PO BOX 1847
Wilson, NC 27894-1847

US AID
U.S. General Services Administration
1800 F Street, NW
Washington, DC 20405-0001

VW CREDIT INC
1401 Franklin Boulevard
Libertyville, IL 60048-4460

Virginia Tax
1957 Westmoreland Street
Richmond, VA 23230-3225

Carlos Augusto Acosta
12911 Oleander Road
Miami, FL 33181-2316

Jacqueline Calderin Esq.
4[illegible] A[illegible]r[illegible]a A[illegible]e[illegible]e
C[illegible]a[illegible] [illegible]ables[illegible] [illegible] 33134-6118
CM/ECF

Tarek Kirk Kiem
P[illegible] B[illegible] 541[illegible]2[illegible]
G[illegible]e[illegible]res[illegible] [illegible]3454-1325
CM/ECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M&T BANK
1 Fountain Plaza
Buffalo, NY 14203

Miami Dade County Tax Collector
Bankruptcy Paralegal Unit
200 N.W. Second Avenue, Suite 430
Miami, FL 33130-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 25 |
| Bypassed recipients | 1 |
| Total | 26 |