# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
### www.flsb.uscourts.gov

*In re:*

CARLOS AUGUSTO ACOSTA,

    Debtor.                  /

Case No.: 25-13288-LMI

Chapter 11
Subchapter V

## DEBTOR'S *EX PARTE* MOTION TO EXTEND TIME TO FILE SCHEDULES & STATEMENT OF FINANCIAL AFFAIRS

CARLOS AUGUSTO ACOSTA (the "Debtor"), by and through proposed undersigned counsel, respectfully moves this Court on an *ex parte* basis (the "Motion") for entry of an order pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure and Local Rule 1007-1(C) and 9013-1(C)(2) of the Local Rules for the Southern District of Florida, for the entry of an order extending the deadlines to file the following documents: *Summary of Your Assets and Liabilities and Certain Statistical Information, Schedule A/B, Schedule D, Schedule E/F, Schedule G, Schedule H, Schedule J, Statement of Financial Affairs, Declaration Concerning Debtor Schedules* and *Equity Security Holders* (collectively, the "Schedules and SOFA"), in order to provide the Debtor with sufficient time to compile all necessary information to provide accurate and comprehensive disclosures. In support of the Motion, the Debtor state as follows:

## JURISDICTION

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. In accordance with Fed. R. Bankr. P. 1007(c) of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida, the current deadline for the Debtor to file their Schedules and SOFA.



**45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

## BACKGROUND

2. On March 27, 2025, the Debtor commenced this case by filing a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code (the "Petition Date"). The Debtor is a small business debtor as defined in section 101(51D) of the Bankruptcy Code and are managing their affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. To date, no trustee (other than the Sub Chapter V trustee), examiner, or statutory committee has been appointed in this case.

4. For additional background facts on the Debtor, including an overview of the Debtor's business, liabilities, and the events precipitating the Chapter 11 filing, the Debtor respectfully refer the Court and parties in interest to the *Verified and Sworn Chapter 11 Case Management Summary* [ECF# 6].

5. The Section 341 Meeting of Creditors is currently scheduled for Friday, April 25, 2025, at 10:30 a.m. [ECF# 14].

6. The deadline by which the Debtor has to file their Schedules and SOFA is April 10, 2025 (the "Deadline") [ECF# 11].

## RELIEF REQUESTED

7. Pursuant to Bankruptcy Rule 1007(c), the Debtor request that the Court extend the fourteen-day period within which the Debtor must file their Schedules and SOFA, through and including April 18, 2025, which is seven (7) days prior to the Section 341 Meeting of Creditors pursuant to Local Rule 1007-1(B).

8.  In accordance with Local Rule 9013-1(C)(2), an extension of time for the filing of schedules and statements may be granted on an *ex parte* basis where the requested deadline is not later than seven (7) days before the § 341 meeting.

## BASIS FOR RELIEF

9.  Under Bankruptcy Rule 1007(c), the Debtor is required to file the Schedules and SOFA within fourteen (14) days from the Petition Date. To prepare the Schedules and SOFA, the Debtor must gather information from books, records, and documents relating to thousands of transactions. The collection of the information necessary to complete the Schedules and SOFA has required an expenditure of substantial time and effort on the part of the Debtor.

10. Given the emergency basis under which the bankruptcy case was filed, the completion of the Schedules and SOFA requires considerable time and effort. The Debtor is in the process of preparing the Schedules and SOFA but requires additional time for accuracy and completion. Under these circumstances, the Debtor is unable to complete the Schedules and SOFA prior to or by the ordinary fourteen-day deadline. The relief requested is appropriate under the circumstances. *See generally In re ITG Vegas, Inc.*, No. 06-16350, (C.P. # 90) (Bankr. S.D. Fla. Dec. 19, 2006); *In re Falcon Air Express, Inc.*, No. 06-11877, (C.P. # 30) (Bankr. S.D. Fla. May 11, 2006); *In re Mercedes Homes Inc., et al.*, Case Nos. 09-11191 through 09-09-11211 (AJC) (Bankr. S.D. Fla. January 26, 2009) (C.P. # 7); *In re All American Semiconductor, Inc.*, Case Nos. 07-12965 through 07-13002 (LMI) (Bankr. S.D. Fla. April 25, 2007) (C.P. # 12).

11. No party in interest is prejudiced by the relief requested in this Motion as the Debtor fully intend to file their Schedules and Statement of Financial Affairs prior to the requested, extended deadline. Accordingly, the Debtor request that the Court extend the period under Bankruptcy Rule 1007(c) until April 18, 2025.

agentis

**45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

12.     The Debtor submits that this Motion is being filed in good faith and will not prejudice the rights of any creditors or parties in interest.  The Extension requested will result in no prejudice or harm to any parties in interest.  Moreover, the brief extension requested by the Debtor will still require the Debtor to file the Schedules and SOFA at least seven (7) days prior to the scheduled Section 341 Meeting of Creditors. The Debtor thus submit that sufficient cause exists for the Extension.

13.     A proposed order granting the relief sought herein is attached hereto as **Exhibit "A"** and shall also be uploaded via CM/ECF in accordance with this Court's Guidelines for Preparing, Submitting and Serving Orders.

**WHEREFORE**, the Debtor request the entry of an order: (a) granting this Motion, (b) extending the Deadline through and including Friday, April 18, 2025, and (c) granting such other and further relief that the Court may deem just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on April 10, 2025.

> AGENTIS PLLC
> *Proposed Counsel for Debtor In Possesion*
> 45 Almeria Avenue
> Coral Gables, FL 33134
> T. 305.722.2002
> www.agentislaw.com
>
> By:    */s/ Jacqueline Calderin*
>           Jacqueline Calderin
>           Florida Bar No: 134414
>           jc@agentislaw.com

4



**Exhibit "A"**
**Proposed Order**



**45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

CARLOS AUGUSTO ACOSTA,

    Debtor.                           /

Case No.: 25-13288-LMI

Chapter 11
Subchapter V

**ORDER EXTENDING DEADLINE TO FILE**
**SCHEDULES & STATEMENT OF FINANCIAL AFFAIRS**

THIS MATTER came before the Court on an *ex parte* basis, upon the *Debtor's Ex Parte Motion to Extend Time to File Schedules and Statement of Financial* [ECF# --] (the "Motion")[1], filed by Carlos Augusto Acosta (the "Debtor"), pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure and Rule 1007-1(B) and 9013-1(C)(2) of the Local Rules for the Southern District of Florida. The Motion seeks the entry of an Order extending the Debtor's deadline to file the Schedules and SOFA. The Court, having considered the Motion and finding good cause therefor, does **ORDER** as follows:

---

[1] Any and all capitalized terms not expressly defined herein, shall bear the meaning ascribed to them in the Motion.

1.       The Motion is **GRANTED**.

2.       The deadline to file the Schedules and SOFA is extended through and including **Friday, April 18, 2025**.

3.       No further extensions will be granted absent extraordinary circumstances.

# # #

**SUBMITTED BY:**
Jacqueline Calderin
Florida Bar No: 134414
jc@agentislaw.com
AGENTIS PLLC
*Proposed Counsel for Debtor In Possession*
45 Almeria Avenue
Coral Gables, Florida 33134

Copies to: Attorney Calderin, who is directed to serve a conforming copy herein upon on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).