**Fill in this information to identify your case:**

Debtor 1  **Carlos**            **Augusto**          **Acosta**
          First Name            Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  **Southern District of Florida**

Case number (*If known*):  **25-13288-LMI**

☐ Check if this is an
  amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders

|  | Unsecured Claim |
|--|--|

**1**  **APPLE CARD/GS BANK USA**
    Creditor's Name

    **LOCKBOX 6112**
    **PO BOX 7247**
    Number        Street

    _____ **19170**
    City        State  Zip Code

    _____
    Contact

    _____
    Contact phone

What is the nature of this claim?  **Other:** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
    Value of security:    – $ _____
    Unsecured claim    $ _____

$            11,610.00

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**2**

**CapitalOne**
Creditor's Name

**PO BOX 31293**
Number    Street

**Salt Lake City    UT    84131**
City    State    Zip Code

Contact

Contact phone

**What is the nature of this claim?  Other:**                    $            9,588.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
            Value of security:            − $ _____
            Unsecured claim                $ _____

---

**3**

**American Express**
Creditor's Name

**PO BOX 6031**
Number    Street

**Carol Stream    IL    60197-6031**
City    State    Zip Code

Contact

Contact phone

**What is the nature of this claim?  Other:**                    $            7,250.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
            Value of security:            − $ _____
            Unsecured claim                $ _____

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

**✗  /s/ Carlos Augusto Acosta**                    **✗** _____
Signature of Debtor 1                        Signature of Debtor 2

Date  **04/17/2025**                        Date _____
     MM/DD/YYYY                            MM/DD/YYYY

---

**Fill in this information to identify your case:**

Debtor 1    <u>Carlos</u>            <u>Augusto</u>            <u>Acosta</u>
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   <u>Southern District of Florida</u>

Case number   <u>25-13288-LMI</u>
            (If known):

☑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................... | $ 1,400,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* .......................................... | $ 370,729.57 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* .................................................... | $ 1,770,729.57 |

### Part 2:    Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* .... | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ..................................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................ | + $ 28,448.00 |
| **Your total liabilities** | $ 28,448.00 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ........................................... | $ 3,153.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ...................................................... | $ 3,153.00 |

| Debtor 1 | Carlos | Augusto | Acosta | | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____ 0.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total Claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Copyright © Financial Software Solutions, LLC                                          BlueStylus

**Fill in this information to identify your case and this filing:**

Debtor 1     __Carlos__          __Augusto__          __Acosta__
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   __Southern District of Florida__

Case number (if known):   __25-13288-LMI__

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.** __12911 Oleander Road__
Street address, if available, or other description

_____

__Miami__      __FL__   __33181__
City          State   Zip Code

_____

__DADE__
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other     __Joint tenants with rights of survivorship__

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   __06-2228-012-0520 Single Family Home 2,100 square feet 3/2 1/2 and pool__

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**       **Current value of the portion you own?**

$    __2,800,000.00__     $    __1,400,000.00__

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property** (see instructions)

**Note:**

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ................................➔   $    __1,400,000.00__

Debtor 1    **Carlos**              **Augusto**              **Acosta**              Case number *(if known)*    **25-13288-LMI**
            First Name               Middle Name              Last Name

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
    ☐ No
    ☑ Yes

3.1.  Make:              **Ducatti**
      Model:             **Diavel**
      Year:              **2014**
      Approximate mileage: **8,000**
      Other information:

      **Who has an interest in the property?** Check one.
      ☑ Debtor 1 only
      ☐ Debtor 2 only
      ☐ Debtor 1 and Debtor 2 only
      ☐ At least one of the debtors and another

      ☐ Check if this is community property
        (see instructions)

      Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

      Current value of the entire property?    Current value of the portion you own?
      $              2,000.00    $              2,000.00

      Note:

3.2.  Make:              **Range Rover**
      Model:             **Sport**
      Year:              **2020**
      Approximate mileage: **65,000**
      Other information:
      **owned jointly with non-filing spouse**

      **Who has an interest in the property?** Check one.
      ☐ Debtor 1 only
      ☐ Debtor 2 only
      ☐ Debtor 1 and Debtor 2 only
      ☑ At least one of the debtors and another

      ☐ Check if this is community property
        (see instructions)

      Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

      Current value of the entire property?    Current value of the portion you own?
      $             15,000.00    $             15,000.00

      Note:

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
    ☐ No
    ☑ Yes

4.1.  Make:              **Seadoo**
      Model:             **Jet Ski**
      Year:              **2020**
      Approximate mileage: **200**
      Other information:

      **Who has an interest in the property?** Check one.
      ☑ Debtor 1 only
      ☐ Debtor 2 only
      ☐ Debtor 1 and Debtor 2 only
      ☐ At least one of the debtors and another

      ☐ Check if this is community property
        (see instructions)

      Do not deduct secured claims or exemptions. Put  the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

      Current value of the entire property?    Current value of the portion you own?
      $              5,000.00    $              5,000.00

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor 1 __Carlos_____ __Augusto_____ __Acosta_____     Case number *(if known)* _____ __25-13288-LMI__

First Name          Middle Name          Last Name

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages
    you have attached for Part 2. Write that number here .................................................................➔     $ _____22,000.00

---

**Part 3:     Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6.  **Household goods and furnishings**
    ☐ No
    ☒ Yes. Describe............................ | See attached Ex. "B06" |     $ _____9,070.00

7.  **Electronics**
    ☐ No
    ☒ Yes. Describe............................ | 2 TVs, 1 mobile phone, 1 laptop |     $ _____800.00

8.  **Collectibles of value**
    ☒ No
    ☐ Yes. Describe............................ | |     $ _____

9.  **Equipment for sports and hobbies**
    ☐ No
    ☒ Yes. Describe............................ | Bicycle purchased in 2021 |     $ _____100.00

10. **Firearms**
    ☐ No
    ☒ Yes. Describe............................ | 2 pistols (9mm) |     $ _____100.00

11. **Clothes**
    ☐ No
    ☒ Yes. Describe............................ | 3 jeans, 8 t-shirts, 6 shirts, 4 pair of shoes, of no value other than to the Debtor. |     $ _____0.00

---

Copyright © Financial Software Solutions, LLC                                                                                                     BlueStylus

Debtor 1  __Carlos_____  __Augusto_____  __Acosta_____        Case number *(if known)* _____  __25-13288-LMI__
          First Name             Middle Name           Last Name

**12**. **Jewelry**
- ☐ No
- ☒ Yes. Describe............................ | Gold Earing | $ _____ 100.00

**13**. **Non-farm animals**
- ☒ No
- ☐ Yes. Describe............................ | | $ _____

**14**. **Any other personal and household items you did not already list, including any health aids you did not list**
- ☒ No
- ☐ Yes. Describe............................ | | $ _____

**15**.    **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....................................................................➔  $ _____ 10,170.00

---

| Part 4: | Describe Your Financial Assets |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16**. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ☐ No
- ☒ Yes ....................................
  - **16.1** | Cash | $ _____ 5.00

**17**. **Deposits of Money**
- ☐ No
- ☒ Yes ....................................    Institution name:
  - **17.1**. **Checking Account** | CapitalOne Joint TBE Account | $ _____ 0.00
  - **17.2**. **Checking Account** | Truist Bank Joint TBE Account | $ _____ 7,135.00

---

Debtor 1    **Carlos** _____ **Augusto** _____ **Acosta** _____

First Name    Middle Name    Last Name

Case number *(if known)* _____ **25-13288-LMI**

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ………………………………    Institution or issuer name:

_____    $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information
about them……………………………    Name of entity:    % of ownership:

_____    _____ %    $ _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information
about them……………………………    Issuer name:

_____    $ _____

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

Type of account:    Institution name:

_____    $ _____

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes ………………………………    Institution name or individual:

_____    $ _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes ………………………………    Issuer name and description:

_____    $ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ………………………………    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $ _____

Debtor 1    **Carlos**              **Augusto**              **Acosta**
            First Name               Middle Name               Last Name

Case number *(if known)*                **25-13288-LMI**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☑ Yes. Describe……….......................

| Carlos Augusto Acosta Beltran Revocable Trust Dated 10 07 2020 |
|---|

$ _____ **Unknown**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

☑ No

☐ Yes. Describe……….......................

$ _____

27. **Licenses, franchises, and other general intangibles**

☐ No

☑ Yes. Describe……….......................

| Florida Department of Financial Services 0240 - Health Insurance Agent License# G228836 |
|---|

$ _____ **0.00**

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No

☑ Yes.    Give specific information about them, including whether you already filed the returns and the tax years. ...…………..

28.1    **2024 Tax Refund**

Federal:    $ _____ **16,198.00**

State:      $ _____ **Unknown**

Local:      $ _____ **Unknown**

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

| Debtor 1 | Carlos | Augusto | Acosta | | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information ...........

| | |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

**30. Other amounts someone owes you**

☑ No

☐ Yes. Give specific information. ........     $_____

**31. Interests in insurance policies**

☐ No

☑ Yes. Name the insurance company of each policy and list its value ......

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| AIG Insurance   (Term) | Carlos Augusto Acosta Beltran Revocable Trust Dated 10 07 2020 | $ 0.00 |
| AIG Insurance (Whole Life) | Carlos Acosta | $ 15,985.00 |
| AIG Insurance (Whole Life) | Carlos Augusto Acosta Beltran Revocable Trust Dated 10 07 2020 | $ 274,892.00 |
| AIG Insurance (Whole Life) | Maria Del Socorro Beltran and Lissy Morales | $ 0.00 |
| National Life Group (Whole Life) | Carlos Acosta | $ 24,344.57 |

**32. Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Describe…………….…………     $_____

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor 1    __Carlos__      __Augusto__      __Acosta__      Case number *(if known)*    __25-13288-LMI__
       First Name        Middle Name        Last Name

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No

☐ Yes. Describe………………..………       $ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe………………..………       $ _____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Describe………………..………       $ _____

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...........................................................................➔ $    **338,559.57**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe………………..………       $ _____

**39. Office equipment, furnishings, and supplies**

☑ No

☐ Yes. Describe………………..………       $ _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe………………..………       $ _____

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor 1  __Carlos_____  __Augusto_____  __Acosta_____     Case number *(if known)*  _____  __25-13288-LMI__
     First Name           Middle Name          Last Name

**41.** **Inventory**
- ☒ No
- ☐ Yes. Describe…………….………      $ _____

**42.** **Interests in partnerships or joint ventures**
- ☒ No
- ☐ Yes. Describe ...............................   Name of entity:                    % of ownership:

                                       _____   _____ %   $ _____

**43.** **Customer lists, mailing lists, or other compilations**
- ☒ No
- ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe……………....      $ _____

**44.** **Any business-related property you did not already list**
- ☐ No
- ☒ Yes. Give specific information ………

          **100% Shareholder of Repaintex Company, a Virginia corporation**   $ _____ 0.00

          **50% interest in A & C Colonial DR LLC, never operated**   $ _____ 0.00

**45.** **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ………………………………………………………………………… ➔   $ _____ 0.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46.** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
- ☒ No. Go to Part 7.
- ☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1   **Carlos**          **Augusto**          **Acosta**                    Case number *(if known)*          **25-13288-LMI**
       First Name          Middle Name          Last Name

**47**. **Farm animals**
☒ No
☐ Yes. Describe………….…………          $ _____

**48**. **Crops - either growing or harvested**
☒ No
☐ Yes. Describe………….…………          $ _____

**49**. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☒ No
☐ Yes. Describe………….…………          $ _____

**50**. **Farm and fishing supplies, chemicals, and feed**
☒ No
☐ Yes. Describe………….…………          $ _____

**51**. **Any farm- and commercial fishing-related property you did not already list**
☒ No
☐ Yes. Describe………….…………          $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ……………………………………………………………………………………➔  $ _____ 0.00

| Debtor 1 | Carlos | Augusto | Acosta | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific information………

    $ _____ 0.00

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..........................➔ $ _____ 0.00

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ..................................................................➔ $ 1,400,000.00

56. **Part 2: Total vehicles, line 5**  $ 22,000.00

57. **Part 3: Total personal and household items, line 15**  $ 10,170.00

58. **Part 4: Total financial assets, line 36**  $ 338,559.57

59. **Part 5: Total business-related property, line 45**  $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $ 0.00

61. **Part 7: Total other property not listed, line 54**  **+** $ 0.00

62. **Total personal property.** Add line 56 through 61…………… $ 370,729.57    Copy personal property total ➔ **+** $ 370,729.57

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .....................................  $ 1,770,729.57

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Exhibit "B06"

# United States Bankruptcy Court
## Southern District of Florida

In re **Carlos Augusto Acosta**                                          Case No.

                                                        Debtor(s)        Chapter        **11 Subchapter V**

HOUSEHOLD GOODS SHEET

Household Goods List

Living Room
Description of
Property

| | 1 | 2 | Value of each item 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Couch(es) | 1 | | | | | $200 |
| Bookcase(s) | 0 | | | | | |
| Desk(s) | 0 | | | | | |
| Chair(s) | 1 | | | | | $100 |
| Table(s) | 0 | | | | | |
| Lamp(s) | 0 | | | | | |
| Radio(s) | 0 | | | | | |
| Television(s) | 1 | | | | | $300 |
| Stereo(s) | 0 | | | | | |
| VCR/DVD Player(s) | 0 | | | | | |
| Other: Curio Console | 0 | | | | | |
| Paintings | 2 | | | | | $300 |
| Misc. Decorations | 1 Flower vase | | | | | $30 |
| | | | | | Total: | $930 |

Dining Room
Description of
Property

| | 1 | 2 | Value of each item 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Table(s) | 1 | | | | | $300 |
| Chair(s) | 6 | | | | | $300 |
| Lamp(s) | 0 | | | | | |
| China Closet(s) | 0 | | | | | |
| China | 0 | | | | | |
| Silverware | 0 | | | | | |
| Other: Decorative Plate | 0 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total: | $600 |

Bedrooms
Description of
Property

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | Value of each item | | | | | | |
| Bed(s) | 1 | 1 | 1 | | | | | | $500 |
| Chair(s) | 0 | 0 | 1 | | | | | | 120 |
| Dresser(s) | 0 | 0 | 0 | | | | | | |
| Chest(s) of Drawers | 0 | 0 | 0 | | | | | | |
| Desk(s) | 0 | 0 | 1 | | | | | | $200 |
| Mirror(s) | 1 | 1 | 2 | | | | | | $100 |
| Lamp(s) | 2 | 1 | 0 | | | | | | $80 |
| Vanity(s) | 0 | 0 | 0 | | | | | | |
| Radio(s) | 0 | 0 | 0 | | | | | | |
| Television(s) | 1 | 0 | 0 | | | | | | $300 |
| Stereo(s) | 0 | 0 | 0 | | | | | | |
| VCR/DVD Player(s) | 0 | 0 | 0 | | | | | | |
| Computer(s) | 1 | 0 | 1 | | | | | | $350 |
| Other: Small Sofa | 0 | 0 | 0 | | | | | | |
| **Night Stand** | 2 | 1 | 0 | | | | | | |
| | | | | | | | | | $300 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | Total: | $1950 |

Kitchen
Description of
Property

| | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| | | Value of each item | | | | |
| Table(s) | 0 | | | | | |
| Chair(s) | 3 | | | | | $250 |
| Microwave(s) | 1 | | | | | $250 |
| Refrigerator(s) | 1 | | | | | $500 |
| Deep Freezer(s) | 1 | | | | | $500 |
| Dishwasher(s) | 1 | | | | | $300 |
| Washing Machine(s) | 1 | | | | | $400 |
| Dryer(s) | 1 | | | | | $400 |
| Stove(s) | 1 | | | | | $200 |
| Dishes | 12 | | | | | $80 |
| Cookware | 6 | | | | | $120 |
| Other: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total: | $3000 |

<u>Other Rooms (Hallways,Bathrooms,Garage,Attic,Basement,Shed, etc.</u>

Description of Property

| | 1 | 2 | Value of each item<br>3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Computer(s) | 0 | | | | | |
| Radio(s) | 0 | | | | | |
| Stereo(s) | 0 | | | | | |
| Desk(s) | 0 | | | | | |
| Chair(s) | 0 | | | | | |
| Game Table(s) | 0 | | | | | |
| Sewing Machine(s) | 0 | | | | | |
| Vacuum Cleaner(s) | 1 | | | | | $100 |
| Iron(s) | 1 | | | | | $20 |
| Camera(s) | 6 | | | | | $400 |
| Air Conditioner(s) | 2 | | | | | $1500 |
| Tool(s) | 15 | | | | | $200 |
| Power Tool(s) | 2 | | | | | $120 |
| Lawn Mower(s) | 0 | | | | | |
| Other: | 0 | | | | | |
| Misc. Decorations | 0 | | | | | |
| **Pinball Machine** | 0 | | | | | |
| **TV** | 0 | | | | | |
| **Chairs** | 0 | | | | | |
| **Shelves** | 2 | | | | | $250 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total: | $2590 |

| Total Value of all Household Goods | $9070 |
|---|---|

Date   **04/04/2025**

Signature   **/s/ Carlos Augusto Acosta**
**Carlos Augusto Acosta**
Debtor

**Fill in this information to identify your case:**

| Debtor 1 | Carlos | Augusto | Acosta |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Florida

Case number (if known): 25-13288-LMI

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: Property You Claim as Exempt                    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on Schedule *A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **12911 Oleander Road Miami, FL 33181 Single Family Home 2,100 square feet 3/2 1/2 and pool**<br>Line from *Schedule A/B*: **1.1** | $  2,800,000.00 | ☐ $ _____<br>☑ 100% of fair market value up to any applicable statutory limit | **FL §§ 222.01,.02,.05; Fla. Const. Art X § 4** |
| Brief description: **Range Rover Sport 2020 65000 owned jointly with non-filing spouse**<br>Line from *Schedule A/B*: **3.1** | $  15,000.00 | ☑ $  5,000.00<br>☐ 100% of fair market value up to any applicable statutory limit | **FL § 222.25(1)** |

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Brief description: | **See attached Ex. "B06"** | $ **9,070.00** | ☐ $ _____ | In re Beal Bank, 780 So. 2d. 45 (Fla. 2001) |
|---|---|---|---|---|
| Line from *Schedule A/B* | **6.1** | | ☑ 100% of fair market value up to any applicable statutory limit | See In re Monzon, 214 B.R. 38, 42 (Bankr. S.D. Fla. 1997) |

| Brief description: | **See attached Ex. "B06"** | $ **9,070.00** | ☐ $ _____ | In re Beal Bank, 780 So. 2d. 45 (Fla. 2001) |
|---|---|---|---|---|
| Line from *Schedule A/B* | **6.1** | | ☑ 100% of fair market value up to any applicable statutory limit | See In re Monzon, 214 B.R. 38, 42 (Bankr. S.D. Fla. 1997) |

| Brief description: | **2 TVs, 1 mobile phone, 1 laptop** | $ **800.00** | ☐ $ _____ | In re Beal Bank, 780 So. 2d. 45 (Fla. 2001) |
|---|---|---|---|---|
| Line from *Schedule A/B* | **7.1** | | ☑ 100% of fair market value up to any applicable statutory limit | See In re Monzon, 214 B.R. 38, 42 (Bankr. S.D. Fla. 1997) |

| Brief description: | **2 TVs, 1 mobile phone, 1 laptop** | $ **800.00** | ☑ $ **0.00** | In re Beal Bank, 780 So. 2d. 45 (Fla. 2001) |
|---|---|---|---|---|
| Line from *Schedule A/B* | **7.1** | | ☐ 100% of fair market value up to any applicable statutory limit | See In re Monzon, 214 B.R. 38, 42 (Bankr. S.D. Fla. 1997) |

| Brief description: | **Truist Bank Joint TBE Account Checking Account 0772** | $ **7,135.00** | ☐ $ _____ | In re Beal Bank, 780 So. 2d. 45 (Fla. 2001) |
|---|---|---|---|---|
| Line from *Schedule A/B* | **17.1** | | ☑ 100% of fair market value up to any applicable statutory limit | See In re Monzon, 214 B.R. 38, 42 (Bankr. S.D. Fla. 1997) |

| Brief description: | **Truist Bank Joint TBE Account Checking Account 0772** | $ **7,135.00** | ☐ $ _____ | In re Beal Bank, 780 So. 2d. 45 (Fla. 2001) |
|---|---|---|---|---|
| Line from *Schedule A/B* | **17.1** | | ☑ 100% of fair market value up to any applicable statutory limit | See In re Monzon, 214 B.R. 38, 42 (Bankr. S.D. Fla. 1997) |

| Brief description: | **CapitalOne Joint TBE Account Checking Account 9021** | $ **0.00** | ☐ $ _____ | In re Beal Bank, 780 So. 2d. 45 (Fla. 2001) |
|---|---|---|---|---|
| Line from *Schedule A/B* | **17.2** | | ☑ 100% of fair market value up to any applicable statutory limit | See In re Monzon, 214 B.R. 38, 42 (Bankr. S.D. Fla. 1997) |

| Brief description: | **CapitalOne Joint TBE Account Checking Account 9021** | $ **0.00** | ☐ $ _____ | In re Beal Bank, 780 So. 2d. 45 (Fla. 2001) |
|---|---|---|---|---|
| Line from *Schedule A/B* | **17.2** | | ☑ 100% of fair market value up to any applicable statutory limit | See In re Monzon, 214 B.R. 38, 42 (Bankr. S.D. Fla. 1997) |

| Brief description: | **AIG Insurance (Term)** | $ **0.00** | ☐ $ _____ | FL § 222.14 |
|---|---|---|---|---|
| Line from *Schedule A/B* | **31.1** | | ☑ 100% of fair market value up to any applicable statutory limit | |

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Brief description: | **National Life Group (Whole Life)** | $ | **24,344.57** | ☐ $ _____ | **FL § 222.14** |
|---|---|---|---|---|---|
| Line from *Schedule A/B* | **31.2** | | | ☑ 100% of fair market value up to any applicable statutory limit | |

| Brief description: | **AIG Insurance (Whole Life)** | $ | **0.00** | ☐ $ _____ | **FL § 222.14** |
|---|---|---|---|---|---|
| Line from *Schedule A/B* | **31.3** | | | ☑ 100% of fair market value up to any applicable statutory limit | |

| Brief description: | **AIG Insurance (Whole Life)** | $ | **274,892.00** | ☐ $ _____ | **FL § 222.14** |
|---|---|---|---|---|---|
| Line from *Schedule A/B* | **31.4** | | | ☑ 100% of fair market value up to any applicable statutory limit | |

| Brief description: | **AIG Insurance (Whole Life)** | $ | **15,985.00** | ☐ $ _____ | **FL § 222.14** |
|---|---|---|---|---|---|
| Line from *Schedule A/B* | **31.5** | | | ☑ 100% of fair market value up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**

(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☑ No

    ☐ Yes

Copyright © Financial Software Solutions, LLC      BlueStylus

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | <u>Carlos</u>      <u>Augusto</u>     <u>Acosta</u> |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | <u>Southern District of Florida</u> |
| Case number (*If known*): | <u>25-13288-LMI</u> |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| 2. | **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | | |

Add the dollar value of your entries in Column A on this page. Write that number here:    **$**_____**0.00**

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor 1 | Carlos | Augusto | Acosta | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Copyright © Financial Software Solutions, LLC

BlueStylus

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
| --- | --- | --- | --- |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  __Southern District of Florida__

Case number (*if known*):        __25-13288-LMI__

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have claims secured by your property?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- |

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|

### 3.1

| **American Express** | **Last 4 digits of account number** | 9001 | $ | 7,250.00 |
|---|---|---|---|---|
| Nonpriority Creditor's Name | **When was the debt incurred?** | | | |

**PO BOX 6031**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Carol Stream**    **IL**    **60197-6031**

City    State    Zip Code

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☑ No

☐ Yes

| **Business Debt** |
|---|

**Note:**

### 3.2

| **APPLE CARD/GS BANK USA** | **Last 4 digits of account number** | | $ | 11,610.00 |
|---|---|---|---|---|
| Nonpriority Creditor's Name | **When was the debt incurred?** | | | |

**LOCKBOX 6112**
**PO BOX 7247**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**19170**

City    State    Zip Code

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☑ No

☐ Yes

| **Credit Card Purchases** |
|---|

**Note:**

Copyright © Financial Software Solutions, LLC

Debtor 1    **Carlos**          **Augusto**          **Acosta**                    Case number *(if known)*    **25-13288-LMI**
    First Name          Middle Name          Last Name

---

**3.3**    **BB&T**

Nonpriority Creditor's Name

**PO BOX 2027**

Number     Street

**GREENVILLE**    **SC**    **29602**

City       State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Note:**

Last 4 digits of account number _____    $    **0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify _____

**Description:**

| Notice Purposes Only |
|---|

---

**3.4**    **CapitalOne**

Nonpriority Creditor's Name

**PO BOX 31293**

Number     Street

**Salt Lake City**    **UT**    **84131**

City       State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Note:**

Last 4 digits of account number _____    $    **9,588.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify _____

**Description:**

| Credit Card Purchases |
|---|

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1    **Carlos**        **Augusto**        **Acosta**        Case number *(if known)*  __25-13288-LMI__
       First Name         Middle Name         Last Name

---

**3.5** | **Chase JPMCB Card Services** | Last 4 digits of account number _____ | $ 0.00
Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 15369**

Number     Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent

**Wilmington**     **DE**   **19850**      ☐ Unliquidated

City       State   Zip Code      ☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only      ☐ Student loans

☐ Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another      ☑ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**      Description:

☑ No

☐ Yes      Notice Purposes Only

Note:

---

**3.6** | **COMENITY BANK/EXPRESS** | Last 4 digits of account number _____ | $ 0.00
Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 182789**

Number     Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent

**COLUMBUS**     **OH**   **43218**      ☐ Unliquidated

City       State   Zip Code      ☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only      ☐ Student loans

☐ Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another      ☑ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**      Description:

☑ No

☐ Yes      Notice Purposes Only

Note:

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1    **Carlos**          **Augusto**          **Acosta**                Case number *(if known)*    __25-13288-LMI__
           First Name          Middle Name          Last Name

---

| 3.7 | **Internal Revenue Service** | Last 4 digits of account number _____ | $ _____ 0.00 |

Nonpriority Creditor's Name

**PO Box 7346**

Number    Street

When was the debt incurred? _____

**Philadelphia          PA      19101-7346**

City                State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description:**

**Notice Purposes Only**

**Note:**

---

| 3.8 | **M&T BANK** | Last 4 digits of account number _____ | $ _____ 0.00 |

Nonpriority Creditor's Name

**1 Fountain Plaza**

Number    Street

When was the debt incurred? _____

**Buffalo              NY      14203**

City                State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description:**

**Notice Purposes Only**

**Note:**

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**3.9** | **Maryland Department of Revenue**
Nonpriority Creditor's Name

**Annapolis Compliance**
**60 West Street**
**Suite 102**

Number        Street

**Annapolis            MD      21401**
City                        State      Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Note:**

**Last 4 digits of account number** _____        $ _____ 0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

| Notice Purposes Only |
|---|

---

**3.10** | **Miami Dade County Tax Collector**
Nonpriority Creditor's Name

**Bankruptcy Paralegal Unit**
**200 N.W. Second Avenue, Suite 430**

Number        Street

**Miami            FL      33130-0000**
City                  State      Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Note:**

**Last 4 digits of account number** _____        $ _____ 0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

| Notice Purposes Only |
|---|

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor 1  **Carlos**  **Augusto**  **Acosta**                Case number *(if known)*  __25-13288-LMI__
First Name  Middle Name  Last Name

---

**3.11**  **Navient**                                    Last 4 digits of account number _____  $_____0.00
Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 9655**

Number    Street                                 As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
**Wilkes Barre**    **PA**    **18773**           ☐ Unliquidated
City            State    Zip Code                ☐ Disputed

**Who incurred the debt?** Check one.            **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce that
☐ Debtor 1 and Debtor 2 only                        you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ☒ Other. Specify _____
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**             Description:
☒ No                                             ┌─────────────────────────────┐
☐ Yes                                            │ Notice Pusposes Only        │
                                                 └─────────────────────────────┘

**Note:**

---

**3.12**  **NJ Division of Taxation**             Last 4 digits of account number _____  $_____0.00
Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 046**

Number    Street                                 As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
**Trenton**    **NJ**    **08646-0046**           ☐ Unliquidated
City            State    Zip Code                ☐ Disputed

**Who incurred the debt?** Check one.            **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce that
☐ Debtor 1 and Debtor 2 only                        you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ☒ Other. Specify _____
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**             Description:
☒ No                                             ┌─────────────────────────────┐
☐ Yes                                            │ Notice Pursposes Only       │
                                                 └─────────────────────────────┘

**Note:**

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor 1    **Carlos**        **Augusto**        **Acosta**                    Case number *(if known)*  __25-13288-LMI__
            First Name        Middle Name        Last Name

---

| 3.13 | **PA Department of Revenue** | Last 4 digits of account number _____ | $ | 0.00 |

Nonpriority Creditor's Name

**PO BOX 280418**

Number    Street

When was the debt incurred? _____

**Harrisburg          PA      17128-0418**
City                State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**Notice Purposes Only**

**Note:**

---

| 3.14 | **Travelers Casualty and Surety Company of America** | Last 4 digits of account number _____ | $ | Unknown |

Nonpriority Creditor's Name

**c/o Kelly Engel**
**Claim Executive**
**Bond & Specialty Insurance Claim**
**P.O. Box 2989**

Number    Street

When was the debt incurred? _____

**Hartford          CT      06104-2989**
City                State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**Personal guaranty of business debt**

**Note:**

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

Debtor 1    **Carlos**            **Augusto**              **Acosta**
              First Name          Middle Name              Last Name          Case number *(if known)*    **25-13288-LMI**

---

**3.15**  **Truist Bank**

Nonpriority Creditor's Name

Last 4 digits of account number _____    $ _____ **0.00**

When was the debt incurred? _____

**PO BOX 1847**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Wilson**              **NC**    **27894**
City                    State    Zip Code

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Line of Credit**

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**Description:**

**Notice Purposes Only**

**Note:**

---

**3.16**  **US AID**

Nonpriority Creditor's Name

Last 4 digits of account number _____    $ _____ **0.00**

When was the debt incurred? _____

**U.S. General Services Administration**
**1800 F Street, NW**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Washington**          **DC**    **20405-0001**
City                    State    Zip Code

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**Description:**

**Notice Purpuses Only**

**Note:**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor 1   **Carlos**          **Augusto**          **Acosta**          Case number *(if known)*   **25-13288-LMI**
           First Name          Middle Name          Last Name

---

**3.17**   **Virginia Tax**                          Last 4 digits of account number _____   $_____0.00
           Nonpriority Creditor's Name
                                                     When was the debt incurred? _____
           **1957 Westmoreland Street**
           Number      Street                        **As of the date you file, the claim is:** Check all that apply.
                                                     ☐ Contingent
           **Richmond          VA      23230**       ☐ Unliquidated
           City                State   Zip Code      ☐ Disputed

           **Who incurred the debt?** Check one.     **Type of NONPRIORITY unsecured claim:**
           ☑ Debtor 1 only                           ☐ Student loans
           ☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce that
           ☐ Debtor 1 and Debtor 2 only                 you did not report as priority claims
           ☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                     ☑ Other. Specify _____
           ☐ **Check if this claim relates to a community debt**

           **Is the claim subject to offset?**       Description:
           ☑ No                                      ┌─────────────────────────────────┐
           ☐ Yes                                     │ **Notice Purposes Only**        │
                                                     └─────────────────────────────────┘
           **Note:**

---

**3.18**   **VW CREDIT INC**                         Last 4 digits of account number _____   $_____0.00
           Nonpriority Creditor's Name
                                                     When was the debt incurred? _____
           **1401 Franklin Boulevard**
           Number      Street                        **As of the date you file, the claim is:** Check all that apply.
                                                     ☐ Contingent
           **Libertyville        IL      60048**     ☐ Unliquidated
           City                State   Zip Code      ☐ Disputed

           **Who incurred the debt?** Check one.     **Type of NONPRIORITY unsecured claim:**
           ☑ Debtor 1 only                           ☐ Student loans
           ☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce that
           ☐ Debtor 1 and Debtor 2 only                 you did not report as priority claims
           ☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                     ☑ Other. Specify _____
           ☐ **Check if this claim relates to a community debt**

           **Is the claim subject to offset?**       Description:
           ☑ No                                      ┌─────────────────────────────────┐
           ☐ Yes                                     │ **Notice Purposes Only**        │
                                                     └─────────────────────────────────┘
           **Note:**

---

**Part 3:**   **List Others to Be Notified for a Debt That You Already Listed**

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Debtor 1    **Carlos**            **Augusto**           **Acosta**
             First Name            Middle Name           Last Name

Case number *(if known)*    **25-13288-LMI**

---

**N&S Property Services, LLC**
Name

**Attn: William J. Bonilla 260 Peachtree St. NW, Suite 2232**

Number        Street

**Atlanta**                **GA**      **30303**
City                        State       Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line    **3.14**    of (*Check one*):   ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Repaintex NS Property LLC**
Name

**Attn: William J. Bonilla 5252 NW 85th Ave., Unit 911**

Number        Street

**Miami**                  **FL**      **33166**
City                        State       Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line    **3.14**    of (*Check one*):   ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
|---|---|---|---|---|---|
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | **+** $ | 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claim**

| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ | 0.00 |
|---|---|---|---|---|---|
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | **+** $ | 28,448.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ | 28,448.00 |

Copyright © Financial Software Solutions, LLC

**Fill in this information to identify your case:**

Debtor 1 ___Carlos_____ ___Augusto_____ ___Acosta_____
First Name                              Middle Name                         Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name                         Last Name

United States Bankruptcy Court for the: __Southern District of Florida__

Case number (if known): ___25-13288-LMI_____

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| | |

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carlos** | **Augusto** | **Acosta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Southern District of Florida__

Case number (*If known*):    __25-13288-LMI__

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors                                              12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

    ☐ No

    ☒ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☒ No. Go to line 3.

    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☒ No. Go to line 3.

    ☐ Yes. In which community state or territory did you live? _____ . Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent

    _____
    Number          Street

    _____
    City                                              State    Zip Code

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

Debtor 1  **Carlos**          **Augusto**          **Acosta**                    Case number *(if known)*  __25-13288-LMI__
      First Name        Middle Name        Last Name

---

**3.1**   **Repaintex Company**
    Name

    ☐ Schedule D, line  _____
    ☑ Schedule E/F, line  **3.14**
    ☐ Schedule G, line  _____

**116-H Edwards Ferry Rd. NE**
Number     Street

**Contract: GSA Contract No. 47PM0420C0005 dated September 20, 2020 by and between Repaintex Company and the U.S. General Services Administration Project: USAID Renovations Phase 5 and 6 at the Ronald Reagan Building located at 1300 Pennsylvania Avenue, Washington, DC 20006**

**Leesburg**          **VA**          **20176**
City                  State          Zip Code

---

**3.2**   **Angela P. Acosta**
    Name

    ☐ Schedule D, line  _____
    ☑ Schedule E/F, line  **3.14**
    ☐ Schedule G, line  _____

**17111 Biscayne Blvd., Unit 2205**
Number     Street

**Contract: GSA Contract No. 47PM0420C0005 dated September 20, 2020 by and between Repaintex Company and the U.S. General Services Administration Project: USAID Renovations Phase 5 and 6 at the Ronald Reagan Building located at 1300 Pennsylvania Avenue, Washington, DC 20006**

**North Miami Beach**          **FL**          **33160**
City                           State          Zip Code

---

**3.3**   **N&S Property Services, LLC**
    Name

    ☐ Schedule D, line  _____
    ☑ Schedule E/F, line  **3.14**
    ☐ Schedule G, line  _____

**Attn: William J. Bonilla**
**2285 W Liddell Rd.**
Number     Street

**Contract: GSA Contract No. 47PM0420C0005 dated September 20, 2020 by and between Repaintex Company and the U.S. General Services Administration Project: USAID Renovations Phase 5 and 6 at the Ronald Reagan Building located at 1300 Pennsylvania Avenue, Washington, DC 20006**

**Duluth**          **GA**          **30096**
City               State          Zip Code

---

**3.4**   **Repaintex NS Property LLC**
    Name

    ☐ Schedule D, line  _____
    ☑ Schedule E/F, line  **3.14**
    ☐ Schedule G, line  _____

**Attn: Laura Lloyd / Tarek Dagstani**
**116H Edwards Ferry Rd. NE**
Number     Street

**Contract: GSA Contract No. 47PM0420C0005 dated September 20, 2020 by and between Repaintex Company and the U.S. General Services Administration Project: USAID Renovations Phase 5 and 6 at the Ronald Reagan Building located at 1300 Pennsylvania Avenue, Washington, DC 20006**

**Leesburg**          **VA**          **20176**
City                  State          Zip Code

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

**Fill in this information to identify your case:**

Debtor 1   **Carlos**          **Augusto**          **Acosta**
          First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   **Southern District of Florida**

Case number   **25-13288-LMI**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
  income as of the following date:

  _____
  MM/DD/YYYY

## Official Form 106I

# Schedule I: Your Income                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment Information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Owner** | _____ |
| Employer's name | **Repaintex Company** | _____ |
| Employer's address | **722 E. Market Street**<br>**Suite 102-A28**<br>Number    Street<br>**Leesburg       VA    20176**<br>City         State  Zip Code | _____<br>Number    Street<br>_____<br>City    State  Zip Code |
| How long employed there? | **10 years** | _____ |

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor 1 | Carlos | Augusto | Acosta | | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ _____ 0.00 | $ _____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $ _____ 0.00 | + $ _____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ _____ 0.00 | $ _____ |
| | Copy line 4 here ....................................................➔ | 4. | $ _____ 0.00 | $ _____ |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ _____ 0.00 | $ _____ |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ _____ 0.00 | $ _____ |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ _____ 0.00 | $ _____ |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ _____ 0.00 | $ _____ |
| | 5e. **Insurance** | 5e. | $ _____ 0.00 | $ _____ |
| | 5f. **Domestic support obligations** | 5f. | $ _____ 0.00 | $ _____ |
| | 5g. **Union dues** | 5g. | $ _____ 0.00 | $ _____ |
| | 5h. **Other deductions.** Specify: _____ | 5h. | + $ _____ 0.00 | + $ _____ |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $ _____ 0.00 | $ _____ |
| 7. | **Calculate total monthly take home pay.** Subtract line 6 from line 4. | 7. | $ _____ 0.00 | $ _____ |
| 8. | **List all other income regularly received.** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ _____ 0.00 | $ _____ |
| | 8b. **Interest and dividends** | 8b. | $ _____ 0.00 | $ _____ |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ _____ 0.00 | $ _____ |
| | 8d. **Unemployment compensation** | 8d. | $ _____ 0.00 | $ _____ |
| | 8e. **Social Security** | 8e. | $ _____ 0.00 | $ _____ |

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

| Debtor 1 | __Carlos__ | __Augusto__ | __Acosta__ | Case number *(if known)* | __25-13288-LMI__ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____ 8f.    $_____**0.00**    $_____

8g. **Pension or retirement income** 8g.    $_____**0.00**    $_____

8h. **Other monthly income.** Specify: _____ 8h. **+** $_____**0.00**   **+** $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    $_____**0.00**    $_____

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $_____**0.00**   **+** $_____   **=** $_____**0.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: **Temporary support from non-filing spouse** _____ 11. **+** $_____**3,153.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.    $_____**3,153.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:
> **The Debtor is currently not drawing a salary or any distributions.  The Debtor passed the health insurance agent exam and hopes to be working shortly.**
>
> **Debtor and non-filing spouse have historcially maintained separate finances, including separate payment of expenses.  However, non-filing spouse may contribute certain funds to Debtor for his own expenses until he begins drawing income again.**

**Fill in this information to identify your case:**

Debtor 1      **Carlos**                    **Augusto**                  **Acosta**
              First Name                    Middle Name                  Last Name

Debtor 2
(Spouse, if filing)   First Name            Middle Name                  Last Name

United States Bankruptcy Court for the:  **Southern District of Florida**

Case number    **25-13288-LMI**
(If known):

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM/DD/YYYY

## Official Form 106J

# Schedule J: Your Expenses                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ☒ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**           ☒ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for    **Dependent's relationship**   **Dependent's**   **Does dependent live**

   Do not state the dependents' names.       each dependent.....................   **to Debtor 1 or Debtor 2**     **age**           **with you?**

3. **Do your expenses include**          ☒ No
   **expenses of people other than**      ☐ Yes
   **yourself and your dependents?**

| Debtor 1 | Carlos | Augusto | Acosta | | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**Part 2:** **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0.00 |
| | **If not included in line 4:** | | |
| | 4a.   Real estate taxes | 4a. | $ 0.00 |
| | 4b.   Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| | 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ 1,500.00 |
| | 4d.   Homeowner's association or condominium dues | 4d. | $ 200.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. | $ 350.00 |
| | 6b.   Water, sewer, garbage collection | 6b. | $ 110.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 75.00 |
| | 6d.   Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 0.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 50.00 |
| 10. | **Personal care products and services** | 10. | $ 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 500.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 58.00 |
| | 15d. Other insurance. Specify: **Insurance for Ducatti** | 15d. | $ 10.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor 1 | Carlos | Augusto | Acosta | | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**17. Installment or lease payments:**

| | | | |
|---|---|---|---|
| 17a. Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| 17b Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| 17c. Other. Specify: _____ | 17c. | $ | 0.00 |
| 17d. Other. Specify: _____ | 17d. | $ | 0.00 |

**18.** Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* **(Official Form 106I).**   18.   $   0.00

**19.** Other payments you make to support others who do not live with you.

Specify: **0**   19.   $   0.00

**20.** Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.

| | | | |
|---|---|---|---|
| 20a. Mortgages on other property | 20a. | $ | 0.00 |
| 20b. Real estate taxes | 20b. | $ | 0.00 |
| 20c. Property, homeowner's or renter's insurance | 20c. | $ | 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |

**21. Other.** Specify: _____   21. +   $   0.00

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | $ | 3,153.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $ | 0.00 |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $ | 3,153.00 |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $ | 3,153.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. − | $ | 3,153.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 0.00 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes. Explain here:   **Monthly Expenses for 9 (Clothing, laundry & dry cleaning) will increase once Debtor obtains new work.**

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carlos** | **Augusto** | **Acosta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  **Southern District of Florida**

Case number   **25-13288-LMI**
(*If known*):

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Part 1: | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ **/s/ Carlos Augusto Acosta**
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date   **4/17/2025**
MM/DD/YYYY

Date   _____
MM/DD/YYYY

**Declaration About an Individual Debtor's Schedules**

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

Debtor 1    <u>Carlos</u>        <u>Augusto</u>        <u>Acosta</u>

       First Name          Middle Name          Last Name

Debtor 2

(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   <u>Southern District of Florida</u>

Case number (if known):    <u>25-13288-LMI</u>

☐ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☒ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☒ No.
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☒ No.
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
   - ☐ No.
   - ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2024) | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ___ 144,290.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023) | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ___ 127,641.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor 1 | Carlos | Augusto | Acosta | | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No.
☒ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

---

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☒ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name | _____ | $ _____ | $ _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| _____<br>Number       Street | _____ | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| _____<br>City          State   ZIP Code | _____ | | | ☐ Other _____ |

Copyright © Financial Software Solutions, LLC

| Debtor 1 | Carlos | Augusto | Acosta | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No.
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ | | $ _____ | $ _____ | |
| Insider's Name | | | | |
| _____ | _____ | | | |
| Number      Street | | | | |
| _____ | _____ | | | |
| City           State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No.
☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____ | | $ _____ | $ _____0.00 | |
| Insider's Name | | | | |
| _____ | _____ | | | |
| Number      Street | | | | |
| _____ | _____ | | | |
| City           State    ZIP Code | | | | |

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No.
☒ Yes. Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

---

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**
Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor 1    **Carlos**          **Augusto**          **Acosta**                     Case number *(if known)*    **25-13288-LMI**

First Name          Middle Name          Last Name

| | Describe the Property | Date | Value of the Property |
|---|---|---|---|
| | | | |
| _____ | | _____ | $ _____ |
| Creditor's Name | | | |
| | **Explain what Happened** | | |
| _____ | ☐ Property was repossessed. | | |
| Number     Street | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| _____ | ☐ Property was attached, seized, or levied. | | |
| City          State    ZIP Code | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No.
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | | |
| Creditor's Name | | _____ | $ _____ |
| | | | |
| _____ | | | |
| Number     Street | | | |
| | | | |
| _____ | | | |
| City          State    ZIP Code | Last 4 digits of account number: XXXX- _____ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No.
☐ Yes. Fill in the details for each gift.

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor 1 | Carlos | Augusto | Acosta | | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | $ _____ 0.00 |
| Person to Whom You Gave the Gift | | | |
| | | | $ _____ 0.00 |
| Number      Street | | | |
| | | | |
| City              State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No.
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | $ _____ 0.00 |
| Charity's Name | | | |
| | | | $ _____ 0.00 |
| Number      Street | | | |
| | | | |
| City              State   ZIP Code | | | |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No.
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ _____ |

| Debtor 1 | Carlos | Augusto | Acosta | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No.
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Agentis PLLC** <br> Person Who Was Paid | | **3/26/2025** | $ **8,955.55** |
| **45 Almeria Avenue** <br> Number       Street | | | $ **0.00** |
| **Coral Gables**       **FL**       **33134** <br> City                    State    ZIP Code | | | |
| **www.agentislaw.com** <br> Email or Website Address | | | |
| <br> Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No.
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| <br> Person Who Was Paid | | | $ |
| <br> Number       Street | | | $ |
| <br> City                    State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No.
☒ Yes. Fill in the details.

---

Debtor 1    **Carlos**          **Augusto**          **Acosta**          Case number *(if known)*   **25-13288-LMI**
      First Name          Middle Name          Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Maria Beltran**<br>Person Who Received Transfer<br><br>Number    Street<br><br>City    State  ZIP Code<br><br>Person's relationship to you | **Del Mar Apartment** | **$240,000.00** | **2/16/2023** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No.
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | |

---

**Part 8:**  **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No.
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br><br>Number    Street<br><br>City    State  ZIP Code | XXXX-____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | | $ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No.

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 7 of 11
Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| | | | ☒ No |
| | | | ☐ Yes |
| Name of Financial Institution | Name | | |
| Number     Street | Number     Street | | |
| City          State   ZIP Code | City            State   Zip Code | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No.
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| | | | ☒ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number     Street | Number     Street | | |
| City                State   ZIP Code | City            State   Zip Code | | |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No.
☐ Yes. Fill in the details.

| | Where is the Property? | Describe the Property | Value |
|---|---|---|---|
| | | | $ _____ |
| Owner's Name | | | |
| Number     Street | Number     Street | | |
| City          State   ZIP Code | City          State   Zip Code | | |

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Fill in the details.

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number       Street | Number       Street | | |
| City       State   ZIP Code | City       State   Zip Code | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Fill in the details.

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number       Street | Number       Street | | |
| City       State   ZIP Code | City       State   Zip Code | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Fill in the details.

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor 1 | Carlos | Augusto | Acosta | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Court or Agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | | | ☐ Pending |
| | Court Name _____ | | ☐ On appeal |
| Case number _____ | | | ☐ Concluded |
| | Number     Street _____ | | |
| | City           State   ZIP Code | | |

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification Number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **Repaintex Company** | | EIN:  **54-1863053** |
| Name of Site | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | Hether Anderson | |
| Number     Street | | From  **11/1/1989**  To  **Present** |
| City         State   ZIP Code | | |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**
Include all financial institutions, creditors, or other parties.

☑ No.
☐ Yes. Fill in the details below.

---

| Debtor 1 | Carlos | Augusto | Acosta | | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Date Issued**

Name

Number     Street

City                    State    ZIP Code

MM/DD/YYYY

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗   **/s/ Carlos Augusto Acosta**                    ✗ _____
Signature of Debtor 1                                       Signature of Debtor 2

Date   **4/17/2025**                                      Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑   No.
☐   Yes.

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑   No.
☐   Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

# United States Bankruptcy Court

## Southern District of Florida

In re  **Carlos Augusto Acosta**
_____
                    Debtor(s)

Case No.  **25-13288-LMI**
_____

Chapter  **11**
_____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **4/17/2025**
_____

**/s/ Carlos Augusto Acosta**
_____
**Carlos Augusto Acosta**
Signature of Debtor

**Creditor Matrix**                                    page 1 of 4

Copyright © Financial Software Solutions, LLC

**American Express**
**PO BOX 6031**
**Carol Stream, IL 60197-6031**


**APPLE CARD/GS BANK USA**
**LOCKBOX 6112**
**PO BOX 7247**
**19170**


**BB&T**
**PO BOX 2027**
**GREENVILLE, SC 29602**


**CapitalOne**
**PO BOX 31293**
**Salt Lake City, UT 84131**


**Chase JPMCB Card Services**
**PO Box 15369**
**Wilmington, DE 19850**


**COMENITY BANK/EXPRESS**
**PO Box 182789**
**COLUMBUS, OH 43218**


**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**


**M&T BANK**
**1 Fountain Plaza**
**Buffalo, NY 14203**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Maryland Department of Revenue**
**Annapolis Compliance**
**60 West Street**
**Suite 102**
**Annapolis, MD 21401**


**Miami Dade County Tax Collector**
**Bankruptcy Paralegal Unit**
**200 N.W. Second Avenue, Suite 430**
**Miami, FL 33130-0000**


**N&S Property Services, LLC**
**Attn: William J. Bonilla**
**260 Peachtree St. NW, Suite 2232**
**Atlanta, GA 30303**


**Navient**
**PO Box 9655**
**Wilkes Barre, PA 18773**


**NJ Division of Taxation**
**PO Box 046**
**Trenton, NJ 08646-0046**


**PA Department of Revenue**
**PO BOX 280418**
**Harrisburg, PA 17128-0418**


**Repaintex NS Property LLC**
**Attn: William J. Bonilla**
**5252 NW 85th Ave., Unit 911**
**Miami, FL 33166**

Copyright © Financial Software Solutions, LLC

**Travelers Casualty and Surety Company of America**
**c/o Kelly Engel**
**Claim Executive**
**Bond & Specialty Insurance Claim**
**P.O. Box 2989**
**Hartford, CT 06104-2989**


**Truist Bank**
**PO BOX 1847**
**Wilson, NC 27894**


**US AID**
**U.S. General Services Administration**
**1800 F Street, NW**
**Washington, DC 20405-0001**


**Virginia Tax**
**1957 Westmoreland Street**
**Richmond, VA 23230**


**VW CREDIT INC**
**1401 Franklin Boulevard**
**Libertyville, IL 60048**

Copyright © Financial Software Solutions, LLC