# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida (Miami)

In re:

                                                     **Case No. 25-13288-BKC-LMI**

Carlos Augusto Acosta                                          Chapter 11

                    *Debtor(s)/*

## REQUEST FOR SERVICE

Creditor, Miami-Dade Office of the Tax Collector, through the Legal Services Division, files this request to be added to the mailing matrix maintained by the clerk of the Bankruptcy Court, and further requests that copies of all notices, pleadings, and other documents filed in this case be sent to the Miami-Dade Office of the Tax Collector in care of the Legal Services Division.

## CERTIFICATE OF SERVICE

**I hereby** certify that a true and correct copy of the foregoing has been provided by U.S. Mail and/or Email to:

**Office of the Trustee**: Tarek Kirk Kiem, PO Box 541325, Greenacres, FL 33454.

**Attorney for the Debtor**: Jacqueline Calderin, Esq., 45 Almeria Avenue, Coral Gables, FL 33134, jc@agentislaw.com. Paula A. Martinez, Esq., 45 Almeria Avenue, Coral Gables, FL, 33134, pam@agentislaw.com.

                                                           Dariel Fernandez, Tax Collector
                                                           Miami-Dade Office of the Tax Collector
                                                           Miami-Dade County, Florida
                                                           This 28th day of April 2025
                                                           By: /s/Nikolas Rogers
                                                           TC Paralegal
                                                           Legal Services Division
                                                           200 NW 2ND Avenue, #430
                                                           Miami, FL 33128
                                                           PHONE: **(305) 375-5313**
                                                           FAX **(305) 375-1134**
                                                           E-Mail: NikolasRogers@mdctaxcollector.gov
                                                                             MDTCBKC@mdctaxcollector.gov