United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                                            Case No. 25-13288-LMI
Carlos Augusto Acosta                                                                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1                           User: admin                                              Page 1 of 2
Date Rcvd: May 27, 2025                Form ID: CGFD47                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

**Recip ID            Recipient Name and Address**
db              +    Carlos Augusto Acosta, 12911 Oleander Road, Miami, FL 33181-2316

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2025                         Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:

**Name**                              **Email Address**

Dan L Gold
    on behalf of U.S. Trustee Office of the US Trustee Dan.L.Gold@usdoj.gov

Jacqueline Calderin, Esq.
    on behalf of Debtor Repaintex Company jc@agentislaw.com bankruptcy@agentislaw.com;nsocorro@agentislaw.com

Jacqueline Calderin, Esq.
    on behalf of Interested Party Repaintex Company jc@agentislaw.com bankruptcy@agentislaw.com;nsocorro@agentislaw.com

Jacqueline Calderin, Esq.
    on behalf of Debtor Carlos Augusto Acosta jc@agentislaw.com bankruptcy@agentislaw.com;nsocorro@agentislaw.com

Mariela M Malfeld
    on behalf of Creditor Travelers Casualty & Surety Company of America mmalfeld@watttieder.com smccutcheon@watttieder.com

Nicole Manriquez
    on behalf of U.S. Trustee Office of the US Trustee nicole.manriquez@usdoj.gov

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 27, 2025 | Form ID: CGFD47 | Total Noticed: 1 |

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Paula A. Martinez
    on behalf of Debtor Repaintex Company pam@agentislaw.com bankruptcy@agentislaw.com,nsocorro@agentislaw.com

Paula A. Martinez
    on behalf of Debtor Carlos Augusto Acosta pam@agentislaw.com bankruptcy@agentislaw.com,nsocorro@agentislaw.com

Tarek Kirk Kiem
    trustee@kiemlaw.com efilekiem@yahoo.com,ctk11@trustesolutions.net

TOTAL: 10

CGFD47 (12/1/24)

# United States Bankruptcy Court
Southern District of Florida
www.flsb.uscourts.gov

Case Number: 25–13288–LMI

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Carlos Augusto Acosta
12911 Oleander Road
Miami, FL 33181

SSN: xxx–xx–9492

## NOTICE OF REQUIREMENT TO COMPLETE A POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT AND SUBMIT PROOF OF COMPLETION OF THE COURSE TO THE COURT

Notice is given that, subject to limited exceptions, a debtor (both debtors in a joint case) must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 [11 U.S.C. §727(a)(11)], under chapter 13 [11 U.S.C. §1328(g)(1)] or, in certain individual chapter 11 cases where 11 U.S.C. §1141(d)(3) applies. Proof of completion of the course must be submitted to the court by either the debtor or the course provider on behalf of the debtor.

**DEBTOR AND DEBTOR'S ATTORNEY ARE HEREBY NOTIFIED THAT:**

If the course provider has not filed a certificate with the court directly indicating that the debtor has completed the course, **the debtor must file the** certificate of course completion issued by the course provider.

**In a chapter 7 case:** within 60 days after the first date set for the meeting of creditors under §341. [See Bankruptcy Rules 1007(b)(7)(A) and (c).]

**In a chapter 13 case:** no later than the date of the last payment made as required by the plan or the filing of a motion for entry of a discharge under §1328(b). [See Bankruptcy Rules 1007(b)(7)(A) and (c).]

**In a chapter 11 individual case where 11 U.S.C. §1141(d)(3) applies:** prior to completion of all payments under the confirmed plan. [See Bankruptcy Rules 1007(b)(7)(B) and (c).]

This requirement must be met before a discharge can be entered in this case. [See Bankruptcy Rule 4004(c)(1)(H) and Local Rule 4004–3(A).]

Failure to file a certificate of completion of a course in personal financial management, unless the course provider files a certificate on your behalf, may result in the case being closed without an entry of discharge.

If the debtor subsequently files a motion to reopen the case to permit the filing of the certificate of completion, the debtor must pay the filing fee due for reopening the case. [See Local Rules 4006–1 and 5010–1(G).]

A list of approved providers of Personal Financial Management Courses is available at: http://www.justice.gov/ust/eo/bapcpa/ccde/de_approved.htm [see 11 U.S.C. §111]

**Dated: 5/27/25**                                   **CLERK OF COURT**
                                                     By: admin
                                                     Deputy Clerk

The clerk shall serve a copy of this notice on the Debtor and Attorney for the Debtor