**Fill in this information to identify the case:**

Debtor Name **Carlos Augusto Acosta**

United States Bankruptcy Court for the: Southern District of Florida

Case number: **25-13288-LMI**

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __April 2025__          Date report filed: _____
                                                      MM / DD / YYYY

Line of business: __INDIVIDUAL__          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Carlos Augusto Acosta

Original signature of responsible party    _____

Printed name of responsible party       Carlos Augusto Acosta

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☑ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?     ❑     ❑     ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ❑     ❑     ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

   Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

   Report the total from *Exhibit D* here.     − $ _____

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit.*     + $ _____

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ _____

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

   *(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                              $ _____

  *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                   _____

27. What is the number of employees as of the date of this monthly report?                      _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____

30. How much have you paid this month in other professional fees?                                $ _____

31. How much have you paid in total other professional fees since filing the case?               $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                $ _____

36. Total projected cash disbursements for the next month:                                        − $ _____

37. Total projected net cash flow for the next month:                                              = $ _____

Debtor Name _____     Case number_____

<table>
<tr><td style="background:black">    </td><td>**8. Additional Information**</td></tr>
</table>

If available, check the box to the left and attach copies of the following documents.

☐   38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.  Bank reconciliation reports for each account.

☐   40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.  Budget, projection, or forecast reports.

☐   42.  Project, job costing, or work-in-progress reports.

<u>**Exhibit "B"**</u>

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

**10. Do you have any bank accounts open other than the DIP accounts?**

Yes, the Debtor's prepetition accounts were still open as the Debtor was not able to open DIP Accounts until April 2025.

**Exhibit "C"**

| Date | Description | Amount | Category |
|------|-------------|--------|----------|
| 4/1/2025 | Trnsfer Balance from Capital One | $297.33 | |
| 4/4/2025 | Tax Refund IRS | $16,198.00 | |
| 4/7/2025 | Check Refund Credit Card | $444.24 | |
| 4/7/2025 | Credit Card Rewards | $    0.62 | |
| | TOTAL | $16,940.19 | |

**Exhibit "D"**

| Date | Ref/Check | Description | Amount | Category |
|---|---|---|---|---|
| 4/1/2025 | | Pool Maintenance | $160 | Maintenance |
| 4/3/2025 | | Bank Fee Truist | $36 | Bank |
| 4/8/2025 | | State Farm Car Insurance | $31.99 | Car Insurance |
| 4/14/2025 | | Chevron Gasoline | $69.10 | Transportation |
| 4/17/2025 | | Water Repair System | $385 | Maintenance |
| 4/18/2025 | | Annual Home Insurance | $897.55 | House Keeping |
| 4/23/2025 | | Miami Parquing | $10 | Transportation |
| 4/28/2025 | | FPL Home Electricity | $267.35 | House Keeping |
| 4/29/2025 | | AT&T Home Internet | $75.26 | House Keeping |
| 4/18/2025 | | COST BANK CHECKS | $25 | BANK |
| | | **TOTAL** | **$1,957** | |



**TRUIST**

889-02-01-00 40267  0 C 001 05    50 004
CARLOS AUGUSTO ACOSTA
12911 OLEANDER RD
NORTH MIAMI FL  33181-2316

# Your account statement
For 04/10/2025

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

■ **TRUIST WEALTH CHECKING**                    0772

### Account summary

| | |
|---|---|
| Your previous balance as of 03/12/2025 | $9,635.34 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 27,161.74 |
| Deposits, credits and interest | + 17,526.40 |
| Your new balance as of 04/10/2025 | = $0.00 |

### Interest summary

| | |
|---|---|
| Interest paid this statement period | $0.00 |
| 2025 interest paid year-to-date | $0.24 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/28 | INTERNET PAYMENT ELEC PYMT  FPL DIRECT DEBIT 8878837536 WEBI | 214.60 |
| 03/28 | TRUIST ONLINE TRANSFER MOBILE TO ****7814 - | 250.00 |
| 04/01 | ZELLE PAYMENT TO Piscinero-jose PAYMENT ID   BBT298070726 | 160.00 |
| 04/03 | TRUIST ONLINE TRANSFER MOBILE TO ****7814 - | 36.00 |
| 04/07 | ACCOUNT CLOSE OUT  75026845 | 24,001.14 |
| Total other withdrawals, debits and service charges | | = $27,161.74 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/31 | TRUIST ONLINE TRANSFER MOBILE FROM ****7814 - | 1,031.07 |
| 04/01 | TRANSFER  CAPITAL ONE RT0202CB89CD875 | 297.33 |
| 04/04 | TAX REF IRS  TREAS 310 0908 ACOSTA, CARLOS A | 16,198.00 |
| Total deposits, credits and interest | | = $17,526.40 |

# Bank
**America's Most Convenient Bank®**

E



CARLOS AUGUSTO ACOSTA
DEBTOR IN POSSESSION
12911 OLEANDER RD
NORTH MIAMI FL  33181

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Apr 07 2025-Apr 30 2025 |
| Cust Ref #: | 5760-039-E-*** |
| Primary Account #: | 5760 |

## Chapter 11 Checking

CARLOS AUGUSTO ACOSTA
DEBTOR IN POSSESSION

Account #          5760

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 23,584.80 |
| Deposits | 24,446.10 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,761.25 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 22,684.85 | Days in Period | 24 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

## Deposits

| | | |
|---|---|---|
| 04/07 | DEPOSIT | 24,001.14 |
| 04/07 | MOBILE DEPOSIT | 444.34 |
| 04/07 | MOBILE DEPOSIT | 0.62 |
| | Subtotal: | 24,446.10 |

## Electronic Payments

| | | |
|---|---|---|
| 04/08 | ACH DEBIT, STATE FARM RO 27 SFPP ** S **70947819 | 31.99 |
| 04/14 | DBCRD PUR AP, *****30204265367, AUT 041225 VISA DDA PUR AP<br>CHEVRON 0308467        NORTH MIAMI  * FL | 69.10 |
| 04/17 | DBCRD PUR AP, *****30204265367, AUT 041625 VISA DDA PUR AP<br>LEAF HOME WATER SOLUTION   888 701 5497  * OH | 385.00 |
| 04/18 | CCD DEBIT, INFINITY INSURAN PAYMENTS 23666125 | 897.55 |
| 04/18 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *DD***2303741L7 | 25.00 |
| 04/23 | DBCRD PUR AP, *****30204265367, AUT 042225 VISA DDA PUR AP<br>MIAMI PARKING AUTH G1     MIAMI      * FL | 10.00 |
| 04/28 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****837536 WEBI | 267.35 |
| 04/29 | ELECTRONIC PMT-WEB, ATT PAYMENT ****04001SMT2A | 75.26 |
| | Subtotal: | 1,761.25 |

Page:                          2 of 4

**Begin by adjusting your account register as follows:**

Your ending balance shown on this statement is:

| | Ending Balance | 22,684.85 |

- Subtract any services charges shown on this statement.

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

| | Total Deposits | + |

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

Subtotal by adding lines 1 and 2.

- Add any automatic deposit or overdraft line of credit.

| | Sub Total | |

- Review all withdrawals shown on this statement and check them off in your account register.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

| | Total Withdrawals | - |

- Follow instructions 2-5 to verify your ending account balance.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | Adjusted Balance | |

**Total Deposits**

**Total Withdrawals**

---

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**In case of Errors or Questions About Your Bill:**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# Bank

**America's Most Convenient Bank®**

CARLOS AUGUSTO ACOSTA
DEBTOR IN POSSESSION

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Apr 07 2025-Apr 30 2025 |
| Cust Ref #: | ΄5760-039-E-*** |
| Primary Account #: | ΄5760 |

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04/07 | 0.00 | 04/18 | 23,037.46 |
| 04/07 | 24,446.10 | 04/23 | 23,027.46 |
| 04/08 | 24,414.11 | 04/28 | 22,760.11 |
| 04/14 | 24,345.01 | 04/29 | 22,684.85 |
| 04/17 | 23,960.01 | | |

**Please see important information on the back page**



**Bank**

America's Most Convenient Bank®

CARLOS AUGUSTO ACOSTA
DEBTOR IN POSSESSION

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Apr 07 2025-Apr 30 2025 |
| Cust Ref #: | ʹ5760-039-E-*** |
| Primary Account #: | 5760 |

We're committed to keeping you informed when it comes to your banking and want you to know about upcoming changes to your TD Bank Personal or Business Deposit Account Agreement.

**TD Bank's Funds Availability Policy will be changing by July 1, 2025.**

When you deposit a check, we'll continue to make $100 available immediately and, typically, make the remaining funds available by the end of the first business day after we receive your deposit. **However, if a hold is placed on a check deposit, by July 1, you'll have access to more funds as follows:**

- **Today:** If a hold is applied, an additional $125 is available by the end of the first business day after we receive your deposit.
- **By July 1:** We'll increase the amount available to $175. This means, the first $275 of your deposit will be available by the end of the first business day after we receive your deposit.

**We'll also make more of your funds available for larger deposits:**

- **Today:** Typically, we make the first $5,525 of a day's total deposits available by the end of the first business day after we receive your deposit. Please see the TD Bank Personal or Business Deposit Account Agreement for details.
- **By July 1:** We'll increase that amount to $6,725.

**Questions?**
Visit any TD Bank or call us at **1-888-751-9000**. We're glad to help.