**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carlos** | **Augusto** | **Acosta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Florida**

Case number **25-13288-LMI**

(If known):

☑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1:    Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................. | $ 1,400,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ...................................... | $ 445,029.14 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ............................................... | $ 1,845,029.14 |

## Part 2:    Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* .... | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ................................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............................... | + $ 28,448.00 |
| **Your total liabilities** | $ 28,448.00 |

## Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ........................................... | $ 3,153.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ................................................. | $ 3,153.00 |

Copyright © Financial Software Solutions, LLC

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 4: | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 0.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total Claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Copyright © Financial Software Solutions, LLC     BlueStylus

**Fill in this information to identify your case and this filing:**

Debtor 1    __Carlos_____    __Augusto_____    __Acosta_____
            First Name           Middle Name            Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name            Last Name

United States Bankruptcy Court for the:  __Southern District of Florida__

Case number (if known):  __25-13288-LMI__

☑ Check if this is an
  amended filing

Official Form 106A/B

# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**  __12911 Oleander Road__
         Street address, if available, or other description

_____

__Miami__      __FL__    __33181__
City           State    Zip Code

__DADE__
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other   __Joint tenants with__
          __rights of survivorship__

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put  the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$    __2,800,000.00__    $    __1,400,000.00__

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property**
  (see instructions)

Other information you wish to add about this item, such as local

property identification number:   __06-2228-012-0520 Single Family Home 2,100 square feet 3/2 1/2 and pool__

**Note:**

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ......................➔    $    __1,400,000.00__

Copyright © Financial Software Solutions, LLC                                    BlueStylus

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Describe Your Vehicles** |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.** Make: **Ducatti**
Model: **Diavel**
Year: **2014**
Approximate mileage: **8,000**
Other information:

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ **2,000.00**
Current value of the portion you own? $ **2,000.00**

Note:

**3.2.** Make: **Range Rover**
Model: **Sport**
Year: **2020**
Approximate mileage: **65,000**
Other information:
**owned jointly with non-filing spouse**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ **15,000.00**
Current value of the portion you own? $ **15,000.00**

Note:

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

**4.1.** Make: **Seadoo**
Model: **Jet Ski**
Year: **2020**
Approximate mileage: **200**
Other information:

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ **5,000.00**
Current value of the portion you own? $ **5,000.00**

Copyright © Financial Software Solutions, LLC

Debtor 1  **Carlos**          **Augusto**          **Acosta**                    Case number *(if known)* _____  **25-13288-LMI**
    First Name          Middle Name          Last Name

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages
   you have attached for Part 2. Write that number here ............................................................................➔    $ ____22,000.00

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   ☐ No
   ☑ Yes. Describe............................  | See attached Ex. "B06" |    $ ____9,070.00

7. **Electronics**
   ☐ No
   ☑ Yes. Describe............................  | 2 TVs, 1 mobile phone, 1 laptop |    $ ____800.00

8. **Collectibles of value**
   ☑ No
   ☐ Yes. Describe............................  | |    $ _____

9. **Equipment for sports and hobbies**
   ☐ No
   ☑ Yes. Describe............................  | Bicycle purchased in 2021 |    $ ____100.00

10. **Firearms**
   ☐ No
   ☑ Yes. Describe............................  | 2 pistols (9mm) |    $ ____100.00

11. **Clothes**
   ☐ No
   ☑ Yes. Describe............................  | 3 jeans, 8 t-shirts, 6 shirts, 4 pair of shoes, of no value other than to the Debtor. |    $ ____0.00

Copyright © Financial Software Solutions, LLC         BlueStylus

Debtor 1    **Carlos**              **Augusto**              **Acosta**                    Case number *(if known)*                        **25-13288-LMI**
　　　　　　First Name 　　　　　　 Middle Name 　　　　　　 Last Name

**12**. **Jewelry**
- ☐ No
- ☑ Yes. Describe............................ | Gold Earing | $ _____ 100.00

**13**. **Non-farm animals**
- ☑ No
- ☐ Yes. Describe............................ | | $ _____

**14**. **Any other personal and household items you did not already list, including any health aids you did not list**
- ☑ No
- ☐ Yes. Describe............................ | | $ _____

**15**. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................➔ | $ _____ 10,170.00

---

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16**. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ☐ No
- ☑ Yes .................................

**16.1** | Cash | $ _____ 5.00

**17**. **Deposits of Money**
- ☐ No
- ☑ Yes .................................   Institution name:

**17.1**. **Checking Account** | CapitalOne Joint TBE Account #9021 | $ _____ 0.00

**17.2**. **Checking Account** | Truist Bank Joint Checking Act# 6558 Debtor claims 50% interest | $ _____ 74,299.57

**17.3**. **Checking Account** | Truist Bank Joint TBE Account #0772 | $ _____ 7,135.00

Copyright © Financial Software Solutions, LLC                                                                          BlueStylus

Debtor 1    **Carlos**     **Augusto**     **Acosta**     Case number *(if known)*     **25-13288-LMI**
         First Name         Middle Name         Last Name

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes ………………………………    Institution or issuer name:

    _____    $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☒ No
    ☐ Yes. Give specific information
        about them……………………………    Name of entity:    % of ownership:

    _____    _____ %    $ _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information
        about them……………………………    Issuer name:

    _____    $ _____

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☒ No
    ☐ Yes. List each account separately.

        Type of account:    Institution name:

    _____    $ _____

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes ………………………………    Institution name or individual:

    _____    $ _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes ………………………………    Issuer name and description:

    _____    $ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes ………………………………    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____    $ _____

Copyright © Financial Software Solutions, LLC

| Debtor 1 | Carlos | Augusto | Acosta | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☑ Yes. Describe…………....................

| Carlos Augusto Acosta Beltran Revocable Trust Dated 10 07 2020 | $ _____ Unknown |

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

☑ No

☐ Yes. Describe…………....................

| | $ _____ |

**27.** **Licenses, franchises, and other general intangibles**

☐ No

☑ Yes. Describe…………....................

| Florida Department of Financial Services 0240 - Health Insurance Agent<br>License# G228836 | $ _____ 0.00 |

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. …..…..……...

| 28.1 | 2024 Tax Refund | Federal: | $ _____ 16,198.00 |
| | | State: | $ _____ Unknown |
| | | Local: | $ _____ Unknown |

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor 1 **Carlos**        **Augusto**        **Acosta**          Case number *(if known)*          **25-13288-LMI**
First Name        Middle Name        Last Name

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information ...........

| | |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

30. **Other amounts someone owes you**
☒ No
☐ Yes. Give specific information. ........          $_____

31. **Interests in insurance policies**
☐ No
☒ Yes. Name the insurance company of each policy and list its value ......

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| AIG Insurance  (Term) | Carlos Augusto Acosta Beltran Revocable Trust Dated 10 07 2020 | $ 0.00 |
| AIG Insurance (Whole Life) | Carlos Acosta | $ 15,985.00 |
| AIG Insurance (Whole Life) | Carlos Augusto Acosta Beltran Revocable Trust Dated 10 07 2020 | $ 274,892.00 |
| AIG Insurance (Whole Life) | Maria Del Socorro Beltran and Lissy Morales | $ 0.00 |
| National Life Group (Whole Life) | Carlos Acosta | $ 24,344.57 |

32. **Any interest in property that is due you from someone who has died**
☒ No
☐ Yes. Describe…………….…………          $_____

Debtor 1    **Carlos**            **Augusto**            **Acosta**                    Case number *(if known)*            **25-13288-LMI**
    First Name          Middle Name          Last Name

**33**. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
☑ No
☐ Yes. Describe…………….………    $ _____

**34**. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☑ No
☐ Yes. Describe…………….………    $ _____

**35**. **Any financial assets you did not already list**
☑ No
☐ Yes. Describe…………….………    $ _____

36.  **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ……………………………………………………… ➜    $    **412,859.14**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38**. **Accounts receivable or commissions you already earned**
☑ No
☐ Yes. Describe…………….………    $ _____

**39**. **Office equipment, furnishings, and supplies**
☑ No
☐ Yes. Describe…………….………    $ _____

**40**. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☑ No
☐ Yes. Describe…………….………    $ _____

Debtor 1    **Carlos**      **Augusto**      **Acosta**      Case number *(if known)*      **25-13288-LMI**
First Name      Middle Name      Last Name

**41**. **Inventory**

☒ No

☐ Yes. Describe………………..………      $ _____

**42.** **Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe ................................    Name of entity:      % of ownership:

_____    _____ %    $ _____

**43.** **Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe……………..…      $ _____

**44.** **Any business-related property you did not already list**

☐ No

☒ Yes. Give specific information ………

**100% Shareholder of Repaintex Company, a Virginia corporation**      $ _____ 0.00

**50% interest in A & C Colonial DR LLC, never operated**      $ _____ 0.00

**45.** **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯ ➔    $ _____ 0.00

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46.**    **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

Debtor 1    **Carlos**            **Augusto**            **Acosta**                    Case number *(if known)*_____ **25-13288-LMI**
      First Name        Middle Name        Last Name

**47**. **Farm animals**
☑ No
☐ Yes. Describe………….…………                                                    $_____

**48**. **Crops - either growing or harvested**
☑ No
☐ Yes. Describe………….…………                                                    $_____

**49**. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes. Describe………….…………                                                    $_____

**50**. **Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes. Describe………….…………                                                    $_____

**51**. **Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Describe………….…………                                                    $_____

52.    **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached**
      **for Part 6. Write that number here** ............................................................................................➔   $_____ 0.00

Debtor 1   **Carlos**                    **Augusto**                **Acosta**                          Case number *(if known)* _____ **25-13288-LMI**
             First Name                  Middle Name                Last Name

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

53.   **Do you have other property of any kind you did not already list?**

       *Examples:* Season tickets, country club membership

       ☒ No

       ☐ Yes. Give specific information………                                                                              $ _____ 0.00

54.   **Add the dollar value of all of your entries from Part 7. Write that number here** ..............................➔ $ _____ 0.00

---

**Part 8:**   **List the Totals of Each Part of this Form**

---

55.   **Part 1: Total real estate, line 2** ............................................................➔            $  1,400,000.00

56.   **Part 2: Total vehicles, line 5**                                                     $          22,000.00

57.   **Part 3: Total personal and household items, line 15**                                $          10,170.00

58.   **Part 4: Total financial assets, line 36**                                            $         412,859.14

59.   **Part 5: Total business-related property, line 45**                                   $               0.00

60.   **Part 6: Total farm- and fishing-related property, line 52**                          $               0.00

61.   **Part 7: Total other property not listed, line 54**                           **+**   $               0.00

62.   **Total personal property.** Add line 56 through 61…………………        $     445,029.14        Copy personal property total ➔ **+** $  445,029.14

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62. ...............................................        $  1,845,029.14

---

**Fill in this information to identify your case:**

| Debtor 1 | Carlos | Augusto | Acosta |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Southern District of Florida__

Case number: __25-13288-LMI__
(If known):

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| Part 1: | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ __/s/ Carlos Augusto Acosta__          ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date __7/3/2025__                              Date _____
MM/DD/YYYY                                      MM/DD/YYYY

Copyright © Financial Software Solutions, LLC

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Carlos | Augusto | Acosta |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Southern District of Florida__

Case number (if known): __25-13288-LMI__

☑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No.
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No.
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
   - ☐ No.
   - ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ___0.00___ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2024) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ___144,290.00___ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ___127,641.00___ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor 1 | Carlos | Augusto | Acosta | | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No.
☒ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name | _____ | $ _____ | $ _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| _____<br>Number      Street | _____ | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| _____<br>City          State    ZIP Code | _____ | | | ☐ Other _____ |

| Debtor 1 | Carlos | Augusto | Acosta | | Case number *(if known)* | 25-13288-LMI |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No.
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ Insider's Name | _____ | $ _____ | $ _____ | |
| _____ Number      Street | _____ | | | |
| _____ City           State    ZIP Code | _____ | | | |

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No.
☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | _____ | $ _____ | $ _____0.00 | |
| _____ Number      Street | _____ | | | |
| _____ City           State    ZIP Code | _____ | | | |

Copyright © Financial Software Solutions, LLC                                                                                                BlueStylus

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No.
☒ Yes. Fill in the details.

| | **Nature of the case** | **Court or agency** | **Status of the case** |
|---|---|---|---|
| Case title: **Travelers Casualty and Surety Company of America v. Repaintex Company et al** | **Breach of contract** | **US District Court, Eastern District of Virginia**<br>Court Name | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number: **1:24-cv-01876** | | **401 Courthouse Square**<br>Number   Street | |
| | | **Alexandria**   **VA**   **22314**<br>City   State   ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| | **Describe the Property** | **Date** | **Value of the Property** |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number    Street | **Explain what Happened** | | |
| City    State    ZIP Code | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No.
☐ Yes. Fill in the details.

Debtor 1   **Carlos**          **Augusto**          **Acosta**                    Case number *(if known)*   **25-13288-LMI**

First Name          Middle Name          Last Name

|  | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

Creditor's Name

Number     Street

City          State   ZIP Code          Last 4 digits of account number: XXXX- _____

$ _____

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☑ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☑ No.
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Person to Whom You Gave the Gift

$ _____ 0.00

Number     Street

$ _____ 0.00

City          State   ZIP Code

Person's relationship to you   _____

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☑ No.
☐ Yes. Fill in the details for each gift or contribution.

Copyright © Financial Software Solutions, LLC

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | $ 0.00 |
| Charity's Name | | | |
| | | | $ 0.00 |
| Number      Street | | | |
| | | | |
| City                     State   ZIP Code | | | |

---

**Part 6:**     **List Certain Losses**

15.  **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No.

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |

---

**Part 7:**     **List Certain Payments or Transfers**

16.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No.

☒ Yes. Fill in the details.

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
|---|---|---|---|
| **Agentis PLLC** | | 3/26/2025 | $ 8,955.55 |
| Person Who Was Paid | | | |
| **45 Almeria Avenue** | | | $ 0.00 |
| Number    Street | | | |
| **Coral Gables    FL    33134** | | | |
| City           State   ZIP Code | | | |
| **www.agentislaw.com** | | | |
| Email or Website Address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No.
☐ Yes. Fill in the details.

|  | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
|---|---|---|---|
| | | | $ |
| Person Who Was Paid | | | |
| | | | $ |
| Number    Street | | | |
| City           State   ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No.
☒ Yes. Fill in the details.

Debtor 1    **Carlos**        **Augusto**        **Acosta**        Case number *(if known)*    **25-13288-LMI**
First Name       Middle Name        Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Maria Beltran** <br> Person Who Received Transfer | **Del Mar Apartment** | **$240,000.00** | **2/16/2023** |
| <br> Number        Street | | | |
| <br> City                State    ZIP Code | | | |
| Person's relationship to you | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No.
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No.
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| <br> Name of Financial Institution | XXXX- | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | | $ |
| <br> Number        Street | | | | |
| <br> City                State    ZIP Code | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No.

---

Copyright © Financial Software Solutions, LLC

Debtor 1  **Carlos**                 **Augusto**                 **Acosta**                                Case number *(if known)*  **25-13288-LMI**
     First Name           Middle Name              Last Name

☐  Yes. Fill in the details.

| | Who else had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| | | | ☑ No |
| | | | ☐ Yes |
| Name of Financial Institution | Name | | |
| Number      Street | Number      Street | | |
| City            State   ZIP Code | City            State   Zip Code | | |

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑  No.
☐  Yes. Fill in the details.

| | Who else has or had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| | | | ☑ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number      Street | Number      Street | | |
| City            State   ZIP Code | City            State   Zip Code | | |

## Part 9:  Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑  No.
☐  Yes. Fill in the details.

| | Where is the Property? | Describe the Property | Value |
|---|---|---|---|
| | | | $ _____ |
| Owner's Name | | | |
| Number      Street | Number      Street | | |
| City          State   ZIP Code | City          State   Zip Code | | |

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒ No.
☐ Yes. Fill in the details.

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number     Street | Number     Street | | |
| City          State   ZIP Code | City          State   Zip Code | | |

25.  Have you notified any governmental unit of any release of hazardous material?

☒ No.
☐ Yes. Fill in the details.

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number     Street | Number     Street | | |
| City          State   ZIP Code | City          State   Zip Code | | |

26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No.
☐ Yes. Fill in the details.

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

Debtor 1   **Carlos**          **Augusto**          **Acosta**          Case number *(if known)*   **25-13288-LMI**
           First Name          Middle Name          Last Name

| | Court or Agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name _____ | | ☐ Pending |
| | | | ☐ On appeal |
| Case number _____ | Number     Street | | ☐ Concluded |
| | City          State   ZIP Code | | |

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification Number |
|---|---|---|
| **Repaintex Company** | | Do not include Social Security number or ITIN. |
| Name of Site | | EIN:   **54-1863053** |
| | Name of accountant or bookkeeper | Dates business existed |
| Number     Street | **Hether Anderson** | |
| | | From   **11/1/1989**   To   **Present** |
| City          State   ZIP Code | | |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**
Include all financial institutions, creditors, or other parties.

☑ No.
☐ Yes. Fill in the details below.

---

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**
Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor 1 | **Carlos** | **Augusto** | **Acosta** | | Case number *(if known)* | **25-13288-LMI** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

Date Issued

Name

MM/DD/YYYY

Number        Street

City                        State      ZIP Code

---

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✘  /s/ Carlos Augusto Acosta                          ✘ _____

Signature of Debtor 1                                    Signature of Debtor 2

Date  **7/3/2025**                                          Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑  No.
☐  Yes.

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑  No.
☐  Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Copyright © Financial Software Solutions, LLC      BlueStylus