**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                       Case No.: 25-13288-LMI
                                                                                              Chapter 11
Carlos Augusto Acosta,                                                          Subchapter V
_____Debtor_____/

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[ ]     The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
  1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
  2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
  3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)];
  4. filed an amended schedule(s) and summary of schedules; and
  5. filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B)).

[ ]     The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
  1. remitted the required fee;
  2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  3. filed an amended schedule(s) and summary of schedules.

[ ]     The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
  1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  2. filed an amended schedule(s) or other paper.

[ ]     The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
  1. remitted the required fee;
  2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  3. filed an amended schedule(s) and summary of schedules.

[ X ]   None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated:  July 3, 2025

 /s/ Jacqueline Calderín
Attorney for Debtor (or Debtor, if pro se)                Joint Debtor (if applicable)

 Jacqueline Calderín                                              45 Almeria Avenue
Print Name                                                              Address

 134414                                                                    305.722.2002
Florida Bar Number                                                Phone Number

LF-4 (rev. 12/01/15)