UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

CARLOS AUGUSTO ACOSTA,

Case No.: 25-13288-LMI
Chapter 11
Subchapter V

_____Debtor._____/

**BALLOT AND DEADLINE FOR FILING
BALLOT ACCEPTING OR REJECTING PLAN**

TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]

The plan filed by **Debtor in Possession, Carlos Augusto Acosta** on **June 25, 2025** can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it. Listed below are the impaired classes of claims entitled to vote.

This ballot is for creditor (insert name) **American Express National Bank** for the following type of claim placed in the indicated class in the indicated amount:

| TYPE OF CLAIM | CLASS | AMOUNT OF CLAIM |
|---|---|---|
| ☒ Allowed General Unsecured Claims | Class 2 | $7,295.28 |

Account Ending: 9001

The undersigned [Check One Box] ☒ Accepts ☐ Rejects the plan for reorganization of the above-named debtor.

| Signed: | [signature] |
|---|---|
| Print Name: | Kenneth W. Kleppinger, Attorney/Agent for creditor |
| Address: | c/o Becket & Lee LLP, PO Box 3001, Malvern PA 19355 |
| Phone: | (610) 644-7800 |
| Date: | July 21, 2025 |

★★★FILE THIS BALLOT ON OR BEFORE July 29, 2025★★★
With: Clerk of Bankruptcy Court; 301 N. Miami Ave., Rm 150, Miami, FL 33128.

If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).

LF-33 (rev. 10/10/14)