UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| *In re:* | Case No.: 25-13288-LMI |
| CARLOS AUGUSTO ACOSTA, *et. al.* | *Jointly Administered with* Case No.: 25-14334-LMI |
| | Chapter 11 |
| _____Debtor._____ / | Subchapter V |

### NOTICE OF FILING SUMMARY NOTICE OF FEE APPLICATIONS

Debtor in Possession, CARLOS AUGUSTO ACOSTA (the "Debtor"), by and through undersigned counsel, give notice of estate professionals' final fee applications (the "Fee Applications"),[1] and state:

1. **Date, Time and Location of Hearing to consider the Fee Applications:**

**Tuesday, August 12, 2025 at 10:30 am
C. Clyde Atkins U.S. Courthouse
301 N. Miami Ave., Courtroom 8
Miami, Florida 33128**

2. **Summary of the Fee Applications:**

| Name of Applicant and Role | Type | ECF No. | TOTAL Fees | TOTAL Expenses | Total Due (Fees & Expenses) |
|---|---|---|---|---|---|
| Agentis PLLC Debtor's Counsel | First & Final | 66 | $52,374.00[2] | $1,629.24[3] | **$54,003.24** |
| Tarek Kirk Kiem Subchapter V Trustee | First & Final | 65 | $5,610.00[4] | $10.38 | **$5,620.38** |

I HEREBY CERTIFY that a true and correct copy herein was served electronically via CM/ECF to those parties registered to receive electronic notices of filing in this case on July 22, 2025.

                            **AGENTIS PLLC**
                            Attorneys for the Debtor in Possession
                            45 Almeria Avenue
                            Coral Gables, FL 33134
                            T. 305.722.2002
                            By:  */s/ Jacqueline Calderin*
                                  Jacqueline Calderin
                                  Florida Bar No.: 134414
                                  jc@agentislaw.com

---

[1] Copies of the Fee Applications may be requested from Debtor's counsel at jc@agentislaw.com.

[2] Includes projected fees through Confirmation of $5,000.00.

[3] Includes projected expenses through Confirmation: $1,000.00.

[4] Includes projected fees through Confirmation of $1,500.00 (5 hours at $300 p/h). Also, the Sub V Trustee as a courtesy reduced his hourly rate by 33.3% from $450 to $300 throughout this case, resulting in a fee reduction of $2,805 and net fees of $5,610.00.

