**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

|  |  |
|---|---|
| CARLOS AUGUSTO ACOSTA, | Case No.: 25-13288-LMI |
|  | Chapter 11 |
| _____Debtor._____ / | Subchapter V |

**DEBTOR'S UNOPPOSED MOTION TO:**
**<u>CONTINUE CONFIRMATION HEARING AND RELATED DEADLINES</u>**

Debtor-in-Possession, Carlos Augusto Acosta, (the "<u>Debtor</u>"), by and through undersigned counsel, moves to (i) continue the hearing on confirmation of the *Plan of Reorganization of Carlos Augusto Acosta* [ECF# 53] (the "<u>Plan</u>"), currently scheduled for August 12, 2025 at 10:30 a.m. [ECF# 55], and (ii) extend the related deadlines, and states:

1.      On March 27, 2025, the Debtor commenced this case by filing a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code.  This case is jointly administered with the affiliate case of Repaintex Company ("<u>Repaintex</u>") [ECF# 37].

2.      The Plan was filed on June 25, 2025 [ECF# 53] and is currently set for confirmation for August 12, 2025 at 10:30 a.m. (the "<u>Confirmation Hearing</u>").

3.      Repaintex's own confirmation hearing is set for September 11, 2025 at 10:30 a.m.

4.      The Debtor and Travelers Casualty and Surety Company of America who is the largest creditor for both the Debtor and Repaintex are currently engaging in substantive discussions with the goal of resolving any plan issues in advance of confirmation.

5.      Accordingly, the Debtor respectfully requests a continuance of the Confirmation Hearing to September 11, 2025, at 10:30 a.m., so that it may be held concurrently with the Repaintex confirmation hearing.[1]

6.      The Subchapter V Trustee as well as the U.S. Trustee support the relief sought herein.

7.      This Motion is not being filed for purposes of delay and no interested party will be unjustly prejudiced by the requested relief.

**WHEREFORE**, the Debtor respectfully request that this Court enter an order: (i) granting this Motion, (ii) continuing the Confirmation Hearing to September 11, 2025 at 10:30 a.m.; (iii) extending related Deadlines; and (iv) providing any further relief as the Court may deem equitable and appropriate.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on July 25, 2025.

AGENTIS PLLC
***Counsel for Debtor-in-Possesion***
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002

By:   */s/ Jacqueline Calderin*
        Jacqueline Calderin
        Florida Bar No: 134414
        jc@agentislaw.com

---

[1] The Debtor wishes to keep the August 12, 2025 date so that the Court may consider the applications for compensation, which the professionals will treat as interim.



**Exhibit "A"**
**Proposed Order**



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

                Case No.: 25-13288-LMI

CARLOS AUGUSTO ACOSTA,

                Chapter 11

_____Debtor._____ /    Subchapter V

**ORDERCONTINUING CONFIRMATION HEARING AND**
**EXTENDING RELATED DEADLINES**

      **THIS MATTER** came before the Court upon the *Debtor's Unopposed Motion to Continue Confirmation Hearing and Extend Related Deadlines* [ECF#    ]. The Court, having reviewed the Motion and finding good cause therefor, **ORDERS** as follows:

      1.      The Motion is **GRANTED**.

      2.      The Confirmation Hearing is continued to **Thursday, September 11, 2025 at 10:30 a.m.** (the "Continued Confirmation Hearing") at the C. Clyde Atkins U.S. Courthouse, 301 N. Miami Ave., Courtroom 8, Miami, Florida 33128 and the related deadlines are extended

commensurate with the Continued Confirmation Hearing.  The Court will conduct the Continued Confirmation Hearing and consider approval of timely-filed fee applications, subject to the deadlines and requirements.

3.      The following checked provision(s) apply to the confirmation hearing:

**[ X ]  All individual debtors or a representative of any non-individual debtor(s), counsel for the debtor(s), and any attorneys or pro se parties participating in the presentation of evidence must appear in person at the confirmation hearing. Subject to paragraph 5(B) below, all witnesses must also appear in person at the confirmation hearing.**

**[  ]  If confirmation is contested by any party in interest, all individual debtors or a representative of any non-individual debtor(s), counsel for the debtor(s), and any attorneys or pro se parties participating in the presentation of evidence must appear in person at the confirmation hearing. Subject to paragraph 5(B) below, all witnesses must also appear in person at the confirmation hearing.**

Counsel must also review the presiding judge's page on the Court's website to verify any other requirements for confirmation hearings before that judge.

All other interested parties may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must **register in advance no later than 3:00 p.m., one business day before the date of the hearing**. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItfuqurDsoEnWyiKeoSfMa3m888k3mfBM

The confirmation hearing may be continued to a future date by notice given in open court at the confirmation hearing.

4.      All deadlines set forth in the Court's *Order (I) Setting Hearing on Confirmation of Subchapter V Plan, (II) Setting Deadline for Filing Objections to Confirmation; (III) Setting Deadline to File and Hearing on Fee Applications; (IV) Setting Deadline to File Ballots Accepting or Rejecting Plan; and (V) Directing Debtor to Serve Notice* [ECF# 55] are extended to correspond with Continued Confirmation Hearing as follows:

| | |
|---|---|
| **Deadline for Serving this Order, Plan, and Ballots**[1] (45 days before the confirmation hearing) | **July 28, 2025** |
| **Deadline for Filing and Serving Fee Applications**[2] (24 days before the confirmation hearing) | **August 18, 2025** |
| **Deadline for Filing and Serving Notice Summarizing All Fee Applications**[3] (21 days before the confirmation hearing) | **August 21, 2025** |
| **Deadline for Filing Objections to Confirmation**[4] (14 days before the confirmation hearing) | **August 28, 2025** |
| **Deadline for Filing Ballots Accepting or Rejecting Plan**[5] (14 days before the confirmation hearing) | **August 28, 2025** |
| **Deadline to File Motions Under Fed. R. Civ. P. 43(a)**[6] (7 days before the confirmation hearing) | **September 4, 2025** |
| **Deadline for Filing Proponent's Report and Confirmation Affidavit**[7] (3 business days before the confirmation hearing) | **September 8, 2025** |
| **Deadline for Filing Local Form 71 "Individual Debtor Certificate for Confirmation Regarding Payment of Domestic Support Obligations and Filing of Required Tax Returns" (individual cases only)**[8] (3 business days before the confirmation hearing) | **September 8, 2025** |
| **Deadline for Filing Exhibit Register and Uploading Any Exhibits a Party Intends to Introduce into Evidence at confirmation hearing**[9] (3 business days before the confirmation hearing) | **September 8, 2025** |

5.     The Court will hear interim applications for compensation and reimbursement of expenses on August 12, 2025 at 10:30 a.m. at the C. Clyde Atkins U.S. Courthouse, 301 N. Miami Ave., Courtroom 8, Miami, Florida 33128.

---

[1] *See* ¶ 3(A); FRBP 2002(b) and 9006(a) and (f).
[2] *See* Local Rule 2016-1(C)(1).
[3] See Local Rule 2002-1(C)(9); Fed. R. Bankr. P. 2002 (a)(6), 2002(c)(2).
[4] *See* Local Rule 3020-1(A).
[5] *See* Local Rule 3018-1(B).
[6] *See* ¶ 5(B).
[7] *See* Local Rule 3020-1(B); *see also* ¶ 3(B).
[8] *See* Local Rule 3020-1(B).
[9] *See* ¶ 3(A).

6.      All matters currently set for hearing on August 12, 2025 in this matter remain unaffected

by this Order.

7.      The Court reserves jurisdiction to enforce the terms of this Order.

# # #

**Submitted by:**
Jacqueline Calderin
jc@agentislaw.com
AGENTIS PLLC
45 Almeria Avenue
Coral Gables, Florida 33134
www.agentislaw.com

Copies furnished to: Attorney Calderin, who shall serve a copy of the Order on all interested parties
and file a certificate of service thereon.