

**ORDERED in the Southern District of Florida on July 28, 2025.**

*[signature]*

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

*In re:*

CARLOS AUGUSTO ACOSTA,

    Debtor.   /

Case No.: 25-13288-LMI

Chapter 11
Subchapter V

### ORDERCONTINUING CONFIRMATION HEARING AND EXTENDING RELATED DEADLINES

**THIS MATTER** came before the Court upon the *Debtor's Unopposed Motion to Continue Confirmation Hearing and Extend Related Deadlines* [ECF# 70]. The Court, having reviewed the Motion and finding good cause therefor, **ORDERS** as follows:

1. The Motion is **GRANTED**.

2. The Confirmation Hearing is continued to **Thursday, September 11, 2025 at 10:30 a.m.** (the "Continued Confirmation Hearing") at the C. Clyde Atkins U.S. Courthouse, 301 N. Miami Ave., Courtroom 8, Miami, Florida 33128 and the related deadlines are extended

commensurate with the Continued Confirmation Hearing. The Court will conduct the Continued Confirmation Hearing and consider approval of timely-filed fee applications, subject to the deadlines and requirements.

3. The following checked provision(s) apply to the confirmation hearing:

**[ X ]** **All individual debtors or a representative of any non-individual debtor(s), counsel for the debtor(s), and any attorneys or pro se parties participating in the presentation of evidence must appear in person at the confirmation hearing. Subject to paragraph 5(B) below, all witnesses must also appear in person at the confirmation hearing.**

**[ ]** **If confirmation is contested by any party in interest, all individual debtors or a representative of any non-individual debtor(s), counsel for the debtor(s), and any attorneys or pro se parties participating in the presentation of evidence must appear in person at the confirmation hearing. Subject to paragraph 5(B) below, all witnesses must also appear in person at the confirmation hearing.**

Counsel must also review the presiding judge's page on the Court's website to verify any other requirements for confirmation hearings before that judge.

All other interested parties may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must **register in advance no later than 3:00 p.m., one business day before the date of the hearing**. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItfuqurDsoEnWyiKeoSfMa3m888k3mfBM

The confirmation hearing may be continued to a future date by notice given in open court at the confirmation hearing.

4. All deadlines set forth in the Court's *Order (I) Setting Hearing on Confirmation of Subchapter V Plan, (II) Setting Deadline for Filing Objections to Confirmation; (III) Setting Deadline to File and Hearing on Fee Applications; (IV) Setting Deadline to File Ballots Accepting or Rejecting Plan; and (V) Directing Debtor to Serve Notice* [ECF# 55] are extended to correspond with Continued Confirmation Hearing as follows:

| | |
|---|---|
| **Deadline for Serving this Order, Plan, and Ballots[1]** <br> (45 days before the confirmation hearing) | **July 28, 2025** |
| **Deadline for Filing and Serving Fee Applications[2]** <br> (24 days before the confirmation hearing) | **August 18, 2025** |
| **Deadline for Filing and Serving Notice Summarizing All Fee Applications[3]** (21 days before the confirmation hearing) | **August 21, 2025** |
| **Deadline for Filing Objections to Confirmation[4]** <br> (14 days before the confirmation hearing) | **August 28, 2025** |
| **Deadline for Filing Ballots Accepting or Rejecting Plan[5]** (14 days before the confirmation hearing) | **August 28, 2025** |
| **Deadline to File Motions Under Fed. R. Civ. P. 43(a)[6]** <br> (7 days before the confirmation hearing) | **September 4, 2025** |
| **Deadline for Filing Proponent's Report and Confirmation Affidavit[7]** (3 business days before the confirmation hearing) | **September 8, 2025** |
| **Deadline for Filing Local Form 71 "Individual Debtor Certificate for Confirmation Regarding Payment of Domestic Support Obligations and Filing of Required Tax Returns" (individual cases only)[8]** <br> (3 business days before the confirmation hearing) | **September 8, 2025** |
| **Deadline for Filing Exhibit Register and Uploading Any Exhibits a Party Intends to Introduce into Evidence at confirmation hearing[9]** <br> (3 business days before the confirmation hearing) | **September 8, 2025** |

5. The Court will hear interim applications for compensation and reimbursement of expenses on August 12, 2025 at 10:30 a.m. at the C. Clyde Atkins U.S. Courthouse, 301 N. Miami Ave., Courtroom 8, Miami, Florida 33128.

---

[1] *See* ¶ 3(A); FRBP 2002(b) and 9006(a) and (f).
[2] *See* Local Rule 2016-1(C)(1).
[3] See Local Rule 2002-1(C)(9); Fed. R. Bankr. P. 2002 (a)(6), 2002(c)(2).
[4] *See* Local Rule 3020-1(A).
[5] *See* Local Rule 3018-1(B).
[6] *See* ¶ 5(B).
[7] *See* Local Rule 3020-1(B); *see also* ¶ 3(B).
[8] *See* Local Rule 3020-1(B).
[9] *See* ¶ 3(A).

6. All matters currently set for hearing on August 12, 2025 in this matter remain unaffected by this Order.

7. The Court reserves jurisdiction to enforce the terms of this Order.

# # #

**Submitted by:**
Jacqueline Calderin
jc@agentislaw.com
AGENTIS PLLC
45 Almeria Avenue
Coral Gables, Florida 33134
www.agentislaw.com

Copies furnished to: Attorney Calderin, who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.